# Appendix

Violation 1: Jessica Hart – January 2013

St. Clair County Sheriff Department
**ST. CLAIR COUNTY, ILLINOIS**
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 3:01 pm

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300055 - Status: SUPERVISOR REVIEW - Occurred: 01/19/2013 at 22:48

| | | |
|---|---|---|
| Entered By: LESLIE A. RIVERA | Date: 01/19/2013 | Time: 22:57 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: LESLIE A. RIVERA | Date: 01/19/2013 | Time: 22:48 |
| Time of Response: 22:48 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: WOMENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No        Backup Required: No

| | | |
|---|---|---|
| Reviewed By: KARL L. PANNIER | Date: 01/20/2013 | Time: 02:18 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

01/19/2013 - 23:02 - By: RIVERA, LESLIE A.

To: Major Phillip McLaurin
Prepared By: C/O Leslie Rivera

On January 19, 2013, at approximately 2248 hours, I, C/O Leslie Rivera, was working my assigned post on the Female Wing. While doing my cell check in Fem C Block, ███████████ said, "Mrs. Rivera, I feel like I need to go to the Quiet Room." She also said, "I'm feeling anxious, like I'm going to hurt myself." I asked ██████████ if she was positive she felt like hurting herself? She said "Yes." I then called Lt. Karl Pannier, via the radio, and advised him that we had a Quiet Room move. Lt. K. Pannier, C/O Ashley Burns and myself rehoused ██████████ in the Female Quiet Room without incident. Sgt. M. Missey video recorded the incident. Medical and Booking was advised of the move. End of Report.

_____        _____
Reporting Officer                                    Date

_____        _____
Shift Supervisor                                       Date

SCC-010603

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 3:01 pm

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300076 - Status: SUPERVISOR REVIEW - Occurred: 01/22/2013 at 20:25

| | | |
|---|---|---|
| Entered By: ANTOINETTE REED | Date: 01/22/2013 | Time: 23:54 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: ANTOINETTE REED | Date: 01/22/2013 | Time: 20:25 |
| Time of Response: 20:25 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: WOMENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No          Backup Required: No

| | | |
|---|---|---|
| Reviewed By: JOHN A. FULTON | Date: 01/23/2013 | Time: 01:20 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

01/23/2013 - 00:07 - By: REED, ANTOINETTE

Prepared by: C/O Antoinette Reed
To: Major P. McLuarin

On 01/22/13, at approximately 2025 hours, I, C/O Antoinette Reed was told to respond to Female "B" Block by Console Operator Jonathan Yates. I arrived at Female "B" Block and several female detainees informed me that ████████ had drunk some bleach. Every Tuesday each block is issued a mild bleach solution for cleaning purposes.

I interviewed ████████ and she stated that she had drunk the bleach and that she wanted to kill herself. I informed Lt. John Fulton and Sgt. Levi Bridges via radio that we had a Quiet Room move and the detainee may need to see the nurse since she had swallowed some bleach.

I was told by Lt. Fulton to escort ████████ to the Medical Office. C/O Richard D. Reed and I escorted ████████ to the Medical Office. ████████ was treated by Nurse Paula Kempfer and Nurse Nancy Keen. I was informed by the nurses that ████████ needed to go to the hospital.

I called Lt. Fulton and Sgt. Bridges via radio and asked them to respond to the Medical Office. Lt. Fulton and C/O John Miller both responded. I was told by Lt. Fulton that I would transport ████████ to the hospital. I obtained Squad Car 53 and proceeded to transport ████████ to St. Elizabeth Hospital at approximately 2025 hours.

████████ was examined by the hospital staff and released. We returned to the Jail at approximately 2330 hours. Booking and Medical were notified. Per Medical, ████████ was immediately housed in the Female Quiet Room. End of Report.

_____          _____
Reporting Officer                             Date

_____          _____
Shift Supervisor                               Date

SCC-010602

Violation 2: Rodney Brown – March 2013



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 10:55 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300260 - Status: SUPERVISOR REVIEW - Occurred: 03/03/2013 at 18:50

| | | |
|---|---|---|
| Entered By: MICHAEL B RIPPERDA | Date: 03/04/2013 | Time: 00:34 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: MICHAEL B RIPPERDA | Date: 03/03/2013 | Time: 18:50 |
| Time of Response: 18:50 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No        Backup Required: No

| | | |
|---|---|---|
| Reviewed By: DAVID NICHOLS | Date: 03/04/2013 | Time: 01:15 |

Current Status: SUPERVISOR REVIEW

SCC-010129

## NARRATIVE

03/04/2013 - 00:43 - By: RIPPERDA, MICHAEL B.

To: Major Phillip McLaurin
Prepared By: C/O Mike Ripperda

On 03-03-2013, at approximately 1850 hours, I, C/O Ripperda went into D Block and was told by some of the detainees that ▮▮▮▮▮▮▮▮▮▮ needed to be moved or there would be a problem in the block. They said he was behaving in a very strange manner and when he was pointed out to me, he was sitting at a dayroom table with a white garment completely covering his head; the garment had holes in it for his eyes, nose, and mouth. He had a blue sheet over the white garment. I informed Sergeant Dave Nichols and he told me to rehouse ▮▮▮▮ to I-Block. ▮▮▮▮ stepped out of the block and his property searched by me as C/O Jim Wagener stood by. ▮▮▮▮ asked to go "to the hole" and I said no. He was rehoused to I-Block without incident and Booking was informed. The Nursing Staff was informed and Nurse Pat Sarkesian stated that she would fill out a Referral to Psychologist form. I again spoke to the detainees in D Block and they told me that ▮▮▮▮ had been acting strangely since he got into the block and that he wanted to go "to the hole." They told me that they tried to help him out with different things, but he did not want them to, so they quit. They said he wanted to be by himself. End of report.

_____                    _____
Reporting Officer                          Date

_____                    _____
Shift Supervisor                           Date



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 10:54 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300263 - Status: SUPERVISOR REVIEW - Occurred: 03/04/2013 at 20:00

| | | |
|---|---|---|
| Entered By: ANTHONY S. BROWN | Date: 03/05/2013 | Time: 01:19 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: ANTHONY S. BROWN | Date: 03/04/2013 | Time: 20:00 |
| Time of Response: 20:00 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No      Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: JACK P DINGES | Date: 03/05/2013 | Time: 02:46 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

03/05/2013 - 01:25 - By: BROWN, ANTHONY S.

To: Major McLaurin

Prepared By: C/O A.Brown

On 3/4/2013, at approximately 2000 hours, I, Officer Anthony Brown, was advised by Console Operator Jerry Hight to check on I-Block. I responded to I-Block and ███████████ approached me at the front gate of the housing unit. ████ stated he was having problems in the block. He claimed that other detainees were throwing salt at him and he feared that there was going to be a future problem. He claimed they were "flicking" salt out of their hair and it was landing in his eyes and ears. I escorted ███████████ into the Male Hall. He was seen by Nurse Keen and showed no signs of injury. ███████████ requested the he be placed in "the hole".

I notified Lt. Jack Dinges of the situation. He responded with Officer John Miller. Lt. Dinges spoke with ████ and advised me to re-house him to Recovery 2, pending a housing review. Detainee Terrence Jenkins in I-Block stated ████ had been acting strange and was throwing salt at other detainees the night before. He stated other detainees were uncomfortable around him because he displayed strange behavior. Many detainees clapped when he was escorted from the block.

Booking was notified of the move. A Psychological Referral was made to Medical. End of report.

| | |
|---|---|
| _____ | _____ |
| Reporting Officer | Date |
| _____ | _____ |
| Shift Supervisor | Date |

SCC-010128



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 10:54 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300265 - Status: SUPERVISOR REVIEW - Occurred: 03/05/2013 at 21:45

| | | |
|---|---|---|
| Entered By: LARRY S. CASEY Jr | Date: 03/05/2013 | Time: 22:59 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: LARRY S. CASEY Jr | Date: 03/05/2013 | Time: 21:45 |
| Time of Response: 21:45 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: RECOVERY

Physical Force Required: No        Backup Required: No

| | | |
|---|---|---|
| Reviewed By: JACK P DINGES | Date:  03/06/2013 | Time: 03:53 |

Current Status: SUPERVISOR REVIEW



## NARRATIVE

03/05/2013 - 23:07 - By: CASEY Jr, LARRY S.

To: Major McLaurin
Prepared by: C/O Larry Casey

   On Tuesday, March 5th 2013, I, C/O Larry Casey, was in the Booking Office. I heard someone from Recovery 2  yelling "C/O, get me out of here!".  As I opened the Recovery 2 door,  I noticed Detainee Darryl Jenkins was asking me to move him to another cell before he gets himself "in trouble". I asked Detainee Jenkins why and he stated another detainee was accusing him of throwing salt at him and causing his face to break out. He denied throwing or having any salt. As soon as Detainee Jenkins finished explaining to me what happened, ▇▇▇▇▇▇▇▇ stood up and started yelling at him. At that time, I called (via radio) for Officer Tim Fisk to respond to Recovery 2 to assist me because it appeared that the two detainees were going to fight.

   Officer Fisk and I told the two detainees to separate.  They complied but ▇▇▇▇▇▇▇▇ started yelling at me.  I ordered ▇▇▇▇▇▇▇ to sit down, he refused.  After ordering ▇▇▇▇▇▇▇ to sit down two more times, he again refused and started coming towards me with his chest puffed out as if he may attack me.  At that time, I took ▇▇▇▇▇▇ to the floor using an arm bar on his left arm to gain control of the situation.  Officers Tim Fisk, Brian Sabo, Sgt. Darryl Cook, and Anthony Brown assisted in securing ▇▇▇▇▇▇▇ by holding him against the floor for a brief time until he complied with instructions.  Once control was gained, ▇▇▇▇▇▇▇▇ was released and escorted out of the Recovery Cell into the Male Hall.

   While in the Male Hallway, Lt. Jack Dinges arrived and placed ▇▇▇▇▇▇▇ against the wall and informed him that this type of behavior will not be tolerated. ▇▇▇▇▇▇ was placed in Interview Room #4 until an E-Block Cell could be prepared for him. ▇▇▇▇▇▇▇ complained another detainee threw salt in his face while in Recovery 2. ▇▇▇▇▇▇▇ was seen by Nurse Brittney Fortag.  She found no obvious injury. ▇▇▇▇▇▇ was escorted to E-Block, Cell 7, by Officers Brown, Sabo, Sgt. Cook, and Lt. Dinges while Officer Levester Riley video recorded the move.  The move was made without incident.

I spoke with Detainee Brian Clark who agreed with Detainee Jenkins' version of events.  A Keep Separate order was placed between ▇▇▇▇ and Jenkins.

End of Report.

SCC-010127

Violation 3: Ramone Parker – May 2013

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
Richard Watson
Sheriff

**CONFIDENTIAL - PER PROTECTIVE ORDER 137**
JAIL MANAGEMENT INFORMATION SYSTEM
As of Tuesday March 07, 2017 at 1:59 pm

# JAIL INCIDENT REPORT

Complaint Number: 201300577 - Status: SUPERVISOR REVIEW - Occurred: 05/30/2013 at 04:00

| | | |
|---|---|---|
| Entered By: TERRANCE E OWENS | Date: 05/30/2013 | Time: 04:36 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: TERRANCE E OWENS | Date: 05/30/2013 | Time: 04:20 |
| Time of Response: 04:20 | | |

Nature of Incident: DISCIPLINARY

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No      Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: BRIAN D CUNNINGHAM | Date:  05/30/2013 | Time: 21:20 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

05/30/2013 - 04:39 - By: OWENS, TERRANCE E

To:    Major Phillip McLaurin
From:  Officer Terrance Owens

On 05/29/2013, I, Officer T. Owens was assigned to work Uppers (A, B, C, D, and QR).  At around 0330 hours, Detainee Ramone Parker Booking # 201301237 refused my orders to stay in Cell #12 in "B" block.  At around 0330 hours while making a cell check, Detainee Parker informed me that he needed to be moved out of the block because he was "paranoid", I asked him what he was paranoid about, his response was I am just paranoid.  I stood by the back of the door between "A" and "B" block and over heard Detainee Parker bragging about how he was going to mess with me, by the time I came out of "A" block Detainee Parker was at the "MP" gate banging on the gate.  I then went to Sgt. B. Cunningham and informed him of the situation.  At around 0400 hours Sgt Cunningham and I went to "B" block to talk to Detainee Parker. At this time I noticed that Detainee Parker had turned over the trash can in the guard walk.  Sgt. Cunningham asked Detainee Parker why he needed out of the block. Detainee Parker replied that he was paranoid. Sgt. Cunningham asked Parker what he meant by paranoid and he replied, "I am paranoid schizophrenic and I need to get out of here or I am going to beat someone's ass".  Sgt. Cunningham then ordered Detainee Parker moved to "F" Max Cell #3.  Officers M. Harris, C. Hoernis, T. Compton, H. Kurtz, D. Bruggermann and Sgt. Cunningham moved Detainee Parker without incident.  Booking was advised of the move. I, Officer T. Owens, request a privilege review hearing for Detainee Parker for violation B-3 failure to comply with Officers order and B-11 Threats of any nature of the detainee Rules and Regulation Hand Book. End of Report.

| | |
|---|---|
| _____ | _____ |
| Reporting Officer | Date |
| | |
| _____ | _____ |
| Shift Supervisor | Date |

Violation 4: Rodney Brown – June 2013



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 10:48 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201300591 - Status: SUPERVISOR REVIEW - Occurred: 06/02/2013 at 20:00

**Entered By: JOHN PEA**          **Date: 06/02/2013**     **Time: 20:07**

Shift: 17:45 to 05:45

**Call Received By: JOHN PEA**          **Date: 06/02/2013**     **Time: 20:00**

Time of Response: 20:00

---

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING BASEMENT CELL BLOCKS

Physical Force Required: No          Backup Required: Yes

---

Reviewed By: JOHN A. FULTON          Date: 06/02/2013     Time: 20:52

Current Status: SUPERVISOR REVIEW

## NARRATIVE

06/02/2013 - 20:10 - By: PEA, JOHN

To Major McLaurin
Prepared by John Pea

On 06-02-2013, I C/O John Pea, was picking up razors and making a Health and Wellness check at 2000 hours. When I got to Cell #4 in Lower Level E, ████████ , was standing at the window with a razor against his neck. ████ said "I wanna kill myself!" I asked ████████ for the razor and he placed it on the food slot. I removed the razor and called Lt. J. Fulton on the radio and informed him I had a Quiet Room move in Lower Level "E". Officer C. Harris arrived and we escorted ████ upstairs. ████ was placed into the Quiet room without incident. Nurse Hale and Booking was notified of this move. ████ property was secured in his cell. End of Report.

_____          _____
Reporting Officer          Date

_____          _____
Shift Supervisor          Date

SCC-010125

Violation 5: Ramone Parker – September 2013

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS                          Richard Watson
CONFIDENTIAL PURSUANT TO COURT ORDER 137            Sheriff
JAIL MANAGEMENT INFORMATION SYSTEM
As of Tuesday March 07, 2017 at 1:57 pm

# JAIL INCIDENT REPORT

Complaint Number: 201300987 - Status: SUPERVISOR REVIEW - Occurred: 09/05/2013 at 18:30

| | | |
|---|---|---|
| **Entered By: CHARLES GERMAINE** | **Date:** 09/05/2013 | **Time:** 19:56 |
| **Shift:** 17:45 to 05:45 | | |
| **Call Received By: KARL L. PANNIER** | **Date:** 09/05/2013 | **Time:** 20:00 |
| **Time of Response:** 18:30 | | |

**Nature of Incident:** INFORMATIONAL

**Location of Incident:** MENS WING FIRST FLOOR CELL BLOCKS

**Physical Force Required:** No          **Backup Required:** No

| | | |
|---|---|---|
| **Reviewed By: KARL L. PANNIER** | **Date:** 09/05/2013 | **Time:** 22:12 |

**Current Status:** SUPERVISOR REVIEW

## NARRATIVE

09/05/2013 - 20:01 - By: GERMAINE, CHARLES

To: Maj. McLaurin
From: C/O Charles E. Germaine

On 05 Sept. 2013, at approximately 1830 hours, I, C/O Charles E. Germaine, was making a Health and Well Being Check through E-Max. As I approached Cell #8, Detainee Ramone Parker (BN#201301237) stated, "Cell 8 wants to kill himself." and, "I'm gonna wrap a sheet around my neck." I exited the block and advised Lt. Karl Pannier of the situation. Lt. Pannier advised via radio we had a Quiet Room move. Officers responding were Officers Howard Kurtz with the camera, Dane Brueggeman, Chris Hoernis, Troy Compton, Mark Harris, myself, Lt. Pannier and Sgt. Brian Cunningham. Detainee Parker was escorted from E-Max to the Quiet Room. Once inside the QR cell, Parker jumped on the sink and said, "I'm gonna jump off the sink." Lt. Pannier requested the Restraint Chair at this time. Parker was restrained in the chair and secured in QR Cell #4.  Nurse Nancy Farrar checked and approved the restraints. Booking was notified and Parkers belongings were secured in the corresponding tub in the PS closet behind the max desk. END OF REPORT.

_____              _____
Reporting Officer                                    Date

_____              _____
Shift Supervisor                                    Date

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANAGEMENT INFORMATION SYSTEM

Richard Watson
Sheriff

**CONFIDENTIAL COURT ORDER 137**
As of Tuesday March 07, 2017 at 1:57 pm

# JAIL INCIDENT REPORT

Complaint Number: 201301005 - Status: NEW INCIDENT - Occurred: 09/09/2013 at 17:15

| | | |
|---|---|---|
| Entered By: TROY D COMPTON | Date: 09/09/2013 | Time: 17:19 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: TROY D COMPTON | Date: 09/09/2013 | Time: 17:15 |
| Time of Response: 17:15 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No       Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: UNKNOWN/NA | Date: 01/01/1901 | Time: 00:00 |
| Current Status: NEW INCIDENT | | |

## NARRATIVE

09/09/2013 - 17:22 - By: COMPTON, TROY D.

To:  Major Phillip McLaurin
From Officer T. Compton

On 09/09/2013, I, Officer T. Compton, was working my assigned post as John 13.  At approximately 1715 hours, I was putting away court returns in "E" max.  As I was leaving the block someone in the block yelled that Detainee Ramone Parker (BK # 201301237) in "E" 8 cell was trying to hang himself.  When I went to cell 8, I saw Detainee Parker with his bed sheet tied on the bars and he was attempting to tie the other end to his neck.  I called for "ALL JOHN" via the radio,  Responding Officers were, Lt Pannier, Sgt. Cunningham, Harris, Walters, Burns, Knyff and moore.  As I opened the "Outer Max" door, Detainee Parker stopped what he was doing. Per Lt. Pannier Detainee Parker was escorted to the Female Quiet room and placed into the restraint chair without incident.  Nurse Keen checked the restraints for proper fit.  Booking was notified of the move.
End of Report

_____        _____
Reporting Officer                Date

_____        _____
Shift Supervisor                 Date

SCC-013252

**DECLARATION OF RAMON R. PARKER**

I declare under penalty of perjury:

1. My name is Ramone R. Parker. I am over 21 years of age. The statements herein are made of my personal knowledge and if called as a witness, I can and will testify competently thereto.

2. In March 2014 I was detained at St. Clair County Jail in Belleville Illinois.

3. On March 11 2014, I was housed in the maximum security unit as Joshua Jurcich. That day, I heard Joshua tell the officer that he was going to kill himself and the officer kept walking.

4. I believe the office name was Jay Knyett I am not sure of the exact spelling.

5. The next thing I heard the officer came by and the next thing I heard was the officer calling on his walkie tallie for nurses and all jons.

Page 1 of 3                              Declarant's initials *RP*

SCARPI 003742

6. The next thing I saw was nurses running by with what looked liked CPR equipment.

7. The next thing I saw was a crowd people taking what I believe was Joshua Jurcich. One of the officers I saw was Knyett walking with the group.

8. The next thing that happened is the jail ordered no movement.

9. In 2012 I was detained in St. Clair County Jail in Belleville, Il

10. In 2012 I had threatened to kill myself and no one did anything about this. I was put in a suicidal room.

11. In 2013 I was detained in St. Clair County Jail in Belleville, Il

12. In 2013 I had threatened to kill myself. I recall Officer Comp coming by when I had threatened to kill myself.

13. In 2013 when I had threatened to kill myself Officer Comp told me "I wasn't going to hang myself."

14. About thirty minutes after I had threatened to hang myself and Officer Comp had told me I

Page 2 of 3

Declarant's initials RP

KM!

wasn't I proceeded to tie a blanket around my neck. I then jumped down and was hanging.

15. The next thing I remember was Officer Comp snatched down the blanket and took me down.

16. Officer Comp then took me in the hallway and called me "a stupid motherfucker."

17. Officer Comp then put me on the wall and hit me in my rib.

18. The next thing that happened was all these other CO's came that he had called. The CO's proceeded to take me to the quiet room.

19. The next that happened I was stripped naked and the captain came and talked to me.

20. I have been in St. Clair County Jail several times over the past years so my time may be off when I actually hung myself. I know it was either 2012 or 2013.

I declare under penalty of perjury that the foregoing is true and correct.

_Ramon Parker_
Ramon R. Parker

Executed: _10-22-_, 2016

_Kevin McClain_  10-28-16

**OFFICIAL SEAL**
**KEVIN MCCLAIN**
**Notary Public, State of Illinois**
**My Commission Expires 08-29-2020**

Page 3 of 3

Declarant's initials RP

SCARPI 003744

Violation 6: Rachel Mills – January 2014



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:21 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400031 - Status: SUPERVISOR REVIEW - Occurred: 01/14/2014 at 21:15

Entered By: NICOLE D. LIEBIG                Date: 01/15/2014         Time: 00:22

Shift: 17:45 to 05:45

Call Received By: NICOLE D. LIEBIG          Date: 01/14/2014         Time: 21:15

Time of Response: 21:15

Nature of Incident: INFORMATIONAL

Location of Incident: WOMENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No          Backup Required: No

Reviewed By: BRIAN D CUNNINGHAM         Date: 01/15/2014         Time: 02:28

Current Status: SUPERVISOR REVIEW

## NARRATIVE

01/15/2014 - 00:23 - By: LIEBIG, NICOLE D.

To: Major Phillip McLaurin
Prepared By: C/O Nicole Liebig

On January 14, 2014 at approximately 2115 hours ,I, C/O Nicole Liebig was at my assigned post on the Female Wing. I was making my Health and Well Being Check in Female C Block when ██████████████████████ handed me a note saying she did not feel safe and she was trying to not have suicidal thoughts. She gave two notes prior to this one and all three said she was trying to not have suicidal thoughts. ████████ states she is not suicidal at this time but needs some help.

I immediately called Sgt. Brian Cunningham and informed him of the situation. He advised me to place ████████ in the Female Infirmary for observation.

After I had gotten off of the phone with Sgt. Cunningham, I told ████████ to gather her things, and I was going to be moving her to the Female Infirmary ████████ was moved without incident. Booking and Medical were notified of the move. The three notes ████████ gave me are attached to this report. A Psychological Referral was completed by Nurse Kempfer. END OF REPORT.

_____          _____
Reporting Officer                                    Date

_____          _____
Shift Supervisor                                     Date

SCC-009173

Violation 7: Joshua Jurcich – March 2014

To: Captain T.Trice
From: Officer Jon Knyff #438

March 12, 2014

Re: Detainee Joshua Jurcich
Booking # 201401516
DOB 10/05/1980

On Tuesday March 11, 2014, I, Jon Knyff was assigned to my post of John 13. At approximately 1840 hours I was making my health & well being check, I had just finished the Infirmary when I entered into FF-F Max. I walked down the hallway looking into each cell, as I looked into Cell #6 I noticed Detainee Joshua Jurich (BN#201401516) hanging from the bars in an upright position. Jurcich arms were on his sides, his head was tilted, and he was facing away from the outer door.

I called for "All Johns" to F-6 and also told them to bring the scissors. Officers responding were Lt. John Fulton, Sgt. Brian Cunningham, Dane Brueggemann, Howard Kurtz, Leslie Rivera, Mike Ripperda, Nicole Liebig, Charles Germaine, Nurses Brandy Nichols, and Sandra Thurman. Officer Brueggemann reached through the bars to support Jurcich's body, as I tried to reach in through the inner door to cut him down. It was difficult reaching in the door because the sheet that was tied around Jurcich's neck was tied around the inner door making it difficult to open. The sheet was cut and Jurcich was lowered to the floor by Officer Brueggemann and brought out of the room by Officer Ripperda.

The remaining sheet that was around Jurcich neck was cut off once in the hallway. Officer H. Kurtz placed the sheet into an evidence bag and secured in an evidence locker in Booking. CPR was immediately started by Officer Ripperda as Nurse Thurman hooked up the Automatic External Deffibulator and monitored while officers performed CPR on Jurcich. Officer's Ripperda, Brueggemann and Nurse Nichols kept CPR going until Medstar arrived and took over. Medstar took over and transported at 1855 hours. Officer H. Kurtz road with Detainee Jurcich in the ambulance to the emergency room.

At approximately 1900 hours Officer Brueggemann took pictures of FF-F Cell #6 and the Hallway. After the pictures were taken the cell was secured. Detainee Gabriel Boyd (BN#201304417) said "Jurcich said he was going to hang himself and that if I kill myself that it be bogus I can't get me no shower."

At 2003 hours per Captain Trice, I was to be the only one to make the health & well-being checks through Max cells. I was to keep the cell doors secured and that I was to pass the same rules along to the oncoming officer working Max to keep it secure until Captain Trice does his investigation.

Sgt. Brian Cregger and Deputy Ben Vise came and took pictures of Cell #6 without entering into cell at 2041-2043 hours.

SCC-000549

I was relieved by Officer L. Riley, this officer was briefed on the incident that we had last night. Per Captain Trice he was to be the only officer to conduct cell checks in Max. FF-F Cell #6 is to remain locked until the investigation is completed.

Officer Jon Knyff #438

SCC-000550

## DECLARATION OF RAMON R. PARKER

I declare under penalty of perjury:

1. My name is Ramone R. Parker. I am over 21 years of age. The statements herein are made of my personal knowledge and if called as a witness, I can and will testify competently thereto.

2. In March 2014 I was detained at St. Clair County Jail in Belleville Illinois.

3. On March 11 2014, I was housed in the maximum security unit as Joshua Jurcich. That day, I heard Joshua tell the officer that he was going to kill himself and the officer kept walking.

4. I believe the office name was Jay Knyott I am not sure of the exact spelling.

5. The next thing I heard the officer came by and the next thing I heard was the officer calling on his walkie talkie for nurses and all jons.

Page 1 of 3

Declarant's initials _RP_

6. The next thing I saw was nurses running by with what looked liked CPR equipment.

7. The next thing I saw was a crowd people taking what I believe was Joshua Jurcich. One of the officers I saw was Knyett walking with the group.

8. The next thing that happened is the jail ordered no movement.

9. In 2012 I was detained in St. Clair County Jail in Belleville, Il

10. In 2012 I had threatened to kill myself and no one did anything about this. I was put in a suicidal room.

11. In 2013 I was detained in St. Clair County Jail in Belleville, Il

12. In 2013 I had threatened to kill myself. I recall officer Comp coming by when I had threatened to kill myself.

13. In 2013 when I had threatened to kill myself Officer Comp told me "I wasn't going to hang myself."

14. About thirty minutes after I had threatened to hang myself and Officer Comp had told me I

Page 2 of 3                    Declarant's initials RP

SCARPI 003743

KM

wasn't I proceeded to tie a blanket around my neck. I then jumped down and was hanging

15. The next thing I remember was Officer Comp snatched down the blanket and took me down.

16. Officer Comp then took me in the hallway and called me "a stupid motherfucker."

17. Officer Comp then put me on the wall and hit me in my rib.

18. The next thing that happened was all these other CO's came that he had called. The CO's proceeded to take me to the quiet room.

19. The next that happened I was stripped naked and the captain came and talked to me.

20. I have been in St. Clair County Jail several times over the past years so my time may be off when I actually hung myself I know it was either 2012 or 2013.

I declare under penalty of perjury that the foregoing is true and correct.

_Ramon Parker_
Ramon R. Parker

Executed: _10-28-_, 2016

10-28-16

**OFFICIAL SEAL**
**KEVIN MCCLAIN**
Notary Public, State of Illinois
My Commission Expires 08-29-2020

Page _3_ of _3_

Declarant's initials _RP_

SCARPI 003744

### DECLARATION OF GABRIEL E. BOYD JR.

I declare under penalty of perjury:

My name is Gabriel Eugene Boyd jr. I am 23 years old. The Statements herein are are made to my personal Knowledge and if Called as a witness, I can & will testify competents there to.

I am currenty a prisoner confined at Danville Correctional Center. In March 2014, I was detened at St. Clair County Jail in Belleville, Illinois.

On March 11, 2014 I was based next door to Joshua Turian. That day I heard Joshua tell just about every officer who came through Maximum Security that he was going to kill himself. I heard him say this to several times during that day.

I heard one officer tell Joshua to get into the bed. Then Joshua said

Page 1 of __3__                    Declarant's initials __G.B__

that he wanted to see the nurse becase he was sick. He also said he wanted a shave. I heard Joshua say to the officers that if he didn't get to see the nurse or get a shave he would kill himself.

Page 2 of 3                    Declarant's initials JB

SCARPI 000151



I declare under penalty of perjury that the foregoing is true and correct.

_Gabriel Boyd_

Gabriel E. Boyd Jr.

Executed: July 26, 2016

Page 3 of 3                                   Declarant's initials GB

SCARPI 000152

Violation 8: Jerry Davis – May 2014

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Wed Sep 21, 2016 at 10:01 am
Document Type: FIELD BOOKING FORM

# FIELD BOOKING FORM
## ST. CLAIR COUNTY JAIL, BELLEVILLE, ILLINOIS

3362

| DAY | DATE | TIME | | RACE | SEX | HGT | WGT | HAIR | EYES |
|-----|------|------|--|------|-----|-----|-----|------|------|
| TUE | 05-20-14 | 110 | | W | M | 5'11" | 185 | BRO | BLU |

P.O.D. ST. LOUIS MO

CHARGES: B/W

DEPARTMENT: SCCSD

OFFICER: R T AYES #204

STREET NAMES/NICK NAMES: NONE

A.K.A.: N/A

A.K.A. D.O.B.: N/A

SCC-0101102

HEALTH: POOR

INJURIES / AILMENTS: Right Lower Leg (INFECTION)   HERIN WITHDRAWLS

ED: YES

REL: BAPTIST

SCARS: NONE

MARKS:

TATTOOS: CHEST / NECK

OCCUPATION: UNEMPLOYED

EMPLOYER:

BUSINESS ADDRESS:

PHONE NO.:

ILLNESS / INJURY CALL:

RELATIONSHIP:

ADDRESS:

PHONE NO.: 636 233-9867

ARREST: MADISON CO.

LOCATION:

DATE: 05-20-14

TIME: 110

TRANSPORTING OFFICER: R Long #204

DATE: 5-20-14

BOOKING OFFICER: WALTER

| HOMOSEXUAL | VIOLENT | SUICIDE RISK | ESCAPE RISK | * CAUTIONS * | WEAKLING | INFORMANT | MENTAL |
|-----------|---------|--------------|-------------|--------------|----------|-----------|--------|
| NO | NO | NO | NO | | NO | NO | YES |

### Brief Jail Mental Health Screen

| | | |
|--|-------|---|
| 1. | Do you *currently* believe that someone can control your mind by putting thoughts into your head or by taking thoughts out of your head? | Yes / No |
| 2. | Do you *currently* feel that other people know your thoughts and can read your mind? | Yes / No |
| 3. | Have you currently lost or gained as much as two pounds a week for several weeks without even trying? | Yes / No |
| 4. | Have you or your family or friends noticed that you are *currently* much more active than you usually are? | Yes / No |
| 5. | Do you currently feel that you have to move or talk more slowly than you usually do? | Yes / No |
| 6. | Have there currently been a few weeks when you felt like you were useless or sinful? | Yes / No |
| 7. | Are you currently taking any medication prescribed for you by a physician for any emotional or mental health problems? | Yes / No |
| 8. | Have you ever been in a hospital for emotional or mental health problems? | Yes / No |

Referral Instructions: This detainee should be referred for further mental health evaluation if he/she answered
YES to item 7 and/or item 8
YES to any two of items 1 thru 6;
If you feel it is necessary for any other reason.

_____ Not Referred

X  Referred on 5/20/14 to MEDICAL

Reviewed By Cc WALTER 4/4

Rev 04/16/2008

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Wed Sep 21, 2016 at 10:01 am

Document Type: INTAKE SIGNATURE BOOKING FORM

---

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Tuesday May 20, 2014 at 12:30 pm

Richard Watson
Sheriff

## INMATE BOOKING INFORMATION

Gender: **Male**          Ethnic: **WHITE**
Eye Color: **BLUE**       Hair Color: **BROWN**
Height: **5 Feet 11 Inches**   Weight: **185 Pounds**
Build: **MEDIUM**         Condition: **GOOD**
Marital Stat: **SINGLE**  Children:
Complexion: **FAIR**
Religion: **BAPTIST GENERAL**
Birth Place: **Missouri U.S.A.**

*3362*

Occupation: **None Noted**
Employer:

Sheriff #: **457728**   Booking #: **201403362**

### A.K.A./ALIAS NAMES

### CURRENT BOOKING
Arresting Officer: **TAYLOR, RUSSELL**
Arresting Agency: **ST. CLAIR COUNTY SHERIFF**

1421326 - IN STATE WARRANT
1421327 - OUT OF STATE WARRANT

### IDENTIFYING MARKS AND TATTOOS
None Noted

Booking Date: **05/20/2014**    Booking Time: **12:26 pm**
Booking Type: **NEW OFFENSE (MISD/TRAF - MALE)**
Booking Officer: **ERIC L. WALTER**
Admission Type: **TRAFFIC CHARGES**

### Medical Problems

### Suicide Warning

Has Mental Illness

Mental Problem

### Infectious Illnesses
(None Noted)

### Mental Problem Info
(None Noted)

### EMERGENCY CONTACT

### PRISON GANG AFFILIATION

## ** REFER TO MEDICAL STAFF

...ized agent to: (1) Examine all mails  and other materials which may be
...me into my possession while incarcerated at this facility. I further
...knowledge.

Officer Signature: _Eric L. Walter_

ERIC L. WALTER

SCC-010104



ST. CLAIR COUNTY, ILLINOIS
JAIL MANAGEMENT INFORMATION SYSTEM
As of Monday September 26 2016 at 10:58 am

# JAIL INCIDENT REPORT

Complaint Number: 201400465 - Status: SUPERVISOR REVIEW - Occurred: 05/20/2014 at 14:40

Entered By: ERIC L. WALTER          Date: 05/20/2014          Time: 16:56

Shift: 05:45 to 17:45

Call Received By: ERIC L. WALTER          Date: 05/20/2014          Time: 14:40

Time of Response: 14:40

Nature of Incident: INFORMATIONAL

Location of Incident: RECOVERY

Physical Force Required: No          Backup Required: Yes

SCC-010082

Reviewed By: BRIAN D CUNNINGHAM          Date: 05/23/2014          Time: 07:01

Current Status: SUPERVISOR REVIEW

# NARRATIVE

05/20/2014 - 16:59 - By: WALTER, ERIC L.

TO: Supt. P. McLaurin
PREPARED BY: C/O E. Walter

On May 20, 2014, I, Officer Eric Walter, was working my assigned post in Booking. At approximately 1440 hours, Kitchen Supervisor Mary Robinson came into booking and stated, "Someone in the Recovery Cell said he was going to hurt himself." Sgt. Michael Missey and I immediately went to investigate and when I opened the door to Recovery Cell #1, I obsevered ████████████████ with his shoe string rapped around his neck, laying on his mattress. I immediately ran over, unrapped the string from his neck and radioed to Lt. John Fulton that I had a Quiet Room move. The following officers responded to assist with the move: Lt. John Fulton, Sgt. Brian Cunningham, Sgt. Michael Missey, Dane Brueggemann, Mark Harris, Troy Compton, Jason Jenks and myself. ████████████ was escorted to the Quiet Room cell #3 and ordered to remove his clothing. While disrobing, a large wound on ████████████████ right leg became visable. I informed Lt. John Fulton of the discovery and he radioed for Nurse Deborah Hale to report to the Quiet Room. Nurse Hale observed the wound and stated that he needed to be transported to the hospital for further treatment. Sgt. Michael Missey stated that ████████████ was no longer our prisoner and that we were holding him for Jefferson County Missouri. Sgt. Missey then contacted Jefferson County Missouri and informed them of the situation and Jefferson County recalled their warrant and released their hold on ████████████ At approximately 1620 an ambulance was called and ████████████ was released from our custody to MedStar Ambulance for transportation to St. Elizabeth's Hospital. End of report.

_____          _____
Reporting Officer                                      Date

_____          _____
Shift Supervisor                                       Date

Violation 9: Preston Young – May 2014

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:03 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400146 - Status: SUPERVISOR REVIEW - Occurred: 02/11/2014 at 22:30

| | | |
|---|---|---|
| Entered By: CHARLES GERMAINE | Date: 02/11/2014 | Time: 22:47 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: JOHN A. FULTON | Date: 02/11/2014 | Time: 22:45 |
| Time of Response: 22:30 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: ANNEX

Physical Force Required: No          Backup Required: No

| | | |
|---|---|---|
| Reviewed By: JOHN A. FULTON | Date: 02/11/2014 | Time: 23:12 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

02/11/2014 - 22:51 - By: GERMAINE, CHARLES

To: Maj. MMcLaurin
From: C/O Charles E. Germaine

    On Tuesday February 11th, at approximately 2230hrs, I, C/O Charles E. Germaine, was locking down AA-Block for evening lockdown. ████████████████████ refused to lock down. I went to talk with him and was able to get him to walk to his cell, however upon reaching his cell he refused to lock down. After several attempts to talk him into his cell, I placed him in an arm bar and put him in the cell. C/O Nicole Liebig called "All Johns." C/O's arriving were C/O Troy Compton, Howard Kurtz, Dane Brueggeman, Leslie Rivera, Delancy Moore, Sgt. Brian Cunningham, Lt. John Fulton and Deputy Jesse Carmack. The rest of the Annex was locked down without incident. I went back into AA after my following round and pulled ████████████ out of his cell ████████ had found out earlier in the day the mother of his child has passed away due to a car accident. I talked to him briefly about his actions and he apologized for his behavior. I told him I understood why he was upset and advised him I would not be writing him up. I took him to the Lt's Office to use the phone to call his family, who he stated he was unable to get hold of prior in the day. I provided ████████████ with a Chaplains Request Form so he could talk to someone about his grief. END OF REPORT.

_____
Reporting Officer                                              Date

_____
Shift Supervisor                                              Date

SCC-009772



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:01 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400470 - Status: NEW INCIDENT - Occurred: 05/22/2014 at 23:55

Entered By: MICHAEL D. BUJNAK        Date: 05/23/2014        Time: 01:19

Shift: 17:45 to 06:45

Call Received By: MICHAEL D. BUJNAK        Date: 05/22/2014        Time: 23:55

Time of Response: 23:55

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No        Backup Required: No

Reviewed By: UNKNOWN/NA        Date: 01/01/1901        Time: 00:00

Current Status: NEW INCIDENT

## NARRATIVE

05/23/2014 - 01:21 - By: BUJNAK, MICHAEL D.

TO: MAJOR MCLAURIN
PREPARED BY: MICHAEL BUJNAK

At approximately 2355 hours, on May 22, 2014, I, C/O Michael Bujnak, was counting the upper end male blocks when I witnessed ███████████████ standing on the bed of B-Block, Cell 1, with his blanket tied around his neck. The other end of the blanket was tied to the bars of his cell. I immediately advised Lt. Dinges and the Male Hallway Officers, via radio, that I had a Quiet Room move. I requested John 13 to prepare a Quiet Room. ███████████ was re-housed to QR-2 with out incident. ███████████ claimed he was only joking about hurting himself. I was assisted with the move by Lt. Dinges and Officers Larry Casey, Brian Sabo and Levester Riley. Booking and Medical were notified of the move. ███████ property was secured in the PS Closet.
-End of Report-

Reporting Officer        Date

Shift Supervisor        Date

SCC-009766

Violation 10: Rodney Brown – July 2014



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
Document Reprint - Date: Wed Sep 21, 2016 at 11:26 am
Document Type: JAIL INCIDENT REPORT

Richard Watson
Sheriff

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Thursday July 10, 2014 at 2:34 pm

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400586 - Status: NEW INCIDENT - Occurred: 07/10/2014 at 12:30

| | | |
|---|---|---|
| Entered By: CHARLES GERMAINE | Date: 07/10/2014 | Time: 13:06 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: JOHN A. FULTON | Date: 07/10/2014 | Time: 13:15 |
| Time of Response: 12:30 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No     Backup Required: No

Reviewed By: UNKNOWN/NA          Date: 01/01/1901     Time: 00:00

Current Status: NEW INCIDENT

## NARRATIVE

07/10/2014 - 13:10 - By: GERMAINE, CHARLES

To: Maj. McLaurin
From: C/O Charles E. Germaine

    On 10 July 2014, at approximately 1230hrs, I C/O Charles E. Germaine, made my Health and Well Being Check in E-Max. I noticed ████████████████████████████ standing by the inner Max cell door with his sheet tied loosely around his neck. I opened the door and told him to remove the sheet, which he complied. I finished my cell check and reported my findings to Lt. John Fulton. The decision was made to re-house ███████████ to the Quiet Room in order to prevent a suicide. ████ was re-housed to Quiet Room Cell#4 without incident. Mental Health Professional Vicky Vasileff was notified of the move and why we made it, and she agreed with our assessment. Medical and Booking were also notified. ████████ belongings were secured in his max cell. END OF REPORT.

Reporting Officer _____  Date 7/10/14

Shift Supervisor _____  Date 7-10-14
LT FULTON 419.

SCC-010286

Violation 11: Michael Knepper – October/November 2014

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Document Reprint - Date: Tue Sep 20, 2016 at  3:42 pm

Document Type: INTAKE SIGNATURE BOOKING FORM

Richard Watson
Sheriff

---

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday October 20, 2014 at  2:08 pm

Richard Watson
Sheriff

# INMATE BOOKING INFORMATION

Gender: Male
Eye Color: BLUE
Height: 5   9
Build: MEDIUM
Marital St.: SINGLE
Complexion: LIGHT
Religion: NONE
Birth Place: Illinois U.S.A.

Ethnic: WHITE
Hair Color: BLACK
Weight: 210 pounds
Condition: FAIR
Children:

*2018*

Occupation/
Employer: None Noted

Sheriff #: 458804    Booking #: 201407018

### AKA / ALIAS NAMES

### CURRENT BOOKING

Arresting Officer: BENNETT, FRANK
Arresting Agency: ST. CLAIR COUNTY SHERIFF

1427031 - INVESTIGATION / TARGET PROJECT

### IDENTIFYING MARKS AND TATTOOS

None Noted

Booking Date: 10/20/2014    Time: 2:04 pm
Booking Type: NEW OFFENSE (FELONY - MALE)
Booking Officer: STEVEN J. FRIERDICH
Jurisdiction: FELONY CHARGES

### Medications
(None Noted)

### Allergies / Warnings
(None Noted)

### Infectious / Health
(None Noted)

### Problem Areas
(None Noted)

...ent to: (1) Examine all mails  and other materials which may be
...ossession while incarcerated at this facility. I further

Officer Signature: _____
STEVEN J. FRIERDICH

SCC-010019

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Tue Sep 20, 2016 at 3:42 pm
Document Type: FIELD BOOKING FORM

# FIELD BOOKING FORM
## ST. CLAIR COUNTY JAIL, BELLEVILLE, ILLINOIS

7018

| DAY | DATE 10-20-14 | TIME 1355 | | RACE | SEX M | HGT 509 | WGT 210 | HAIR OCK | EYES Blue |
|-----|------|------|--|------|-----|-----|-----|------|------|

P.O.B. E St Louis

HOLD FOR INV / V.O.P.

DEPARTMENT SCCSD

OFFICER Inv Baysot

STREET NAMES/NICKNAMES

A.K.A. N/A

A.K.A. D.O.B.

| HEALTH FAIR | INJURIES / AILMENTS HEP C — Back / Leg / Depression | ED 12 | REL. |
|------|------|------|------|

SCARS (Eng) Surgical — back knee shoulder buttock
MARKS
TATTOO shoulder

| OCCUPATION | EMPLOYER | BUSINESS ADDRESS | PHONE NO. |
|------|------|------|------|
| | SCCJ | | |

| | RELATIONSHIP | ADDRESS | PHONE NO. |
|--|------|------|------|

| | | DATE | TIME |
|--|--|------|------|

TRANSPORTING OFFICER

SIGNATURE

BOOKING OFFICER

DATE 10-20-14

SIGNATURE

| HOMOSEXUAL NO | VIOLENT NO | SUICIDE RISK NO | ESCAPE RISK NO | * CAUTIONS * | WEAKLING YES | INFORMANT NO | MENTAL YES Depression |
|------|------|------|------|------|------|------|------|

### Brief Jail Mental Health Screen

| | | |
|--|------|--|
| 1. | Do you *currently* believe that someone can control your mind by putting thoughts into your head or by taking thoughts out of your head? | Yes / No |
| 2. | Do you *currently* feel that other people know your thoughts and can read your mind? | Yes / No |
| 3. | Have you currently lost or gained as much as two pounds a week for several weeks without even trying? | Yes / No |
| 4. | Have you or your family or friends noticed that you are *currently* much more active than you usually are? | Yes / No |
| 5. | Do you currently feel that you have to move or talk more slowly than you usually do? | Yes / No |
| 6. | Have there currently been a few weeks when you felt like you were useless or sinful? | Yes / No |
| 7. | Are you currently taking any medication prescribed for you by a physician for any emotional or mental health problems? | Yes / No |
| 8. | Have you ever been in a hospital for emotional or mental health problems? | Yes / No |

Referral Instructions: This detainee should be referred for further mental
health evaluation if he/she answered
YES to item 7 and/or item 8
YES to any two of items 1 thru 6;
If you feel it is necessary for any other reason.

____ Not Referred

X Referred on 10-20-14 to medial

Reviewed By _____

Rev 08/18/2008

SCC-010020



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:16 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400887 - Status: NEW INCIDENT - Occurred: 10/20/2014 at 16:45

| | | |
|---|---|---|
| Entered By: HOWARD F KURTZ | Date: 10/21/2014 | Time: 13:38 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: HOWARD F KURTZ | Date: 10/20/2014 | Time: 16:45 |
| Time of Response: 16:45 | | |

Nature of Incident: DISCIPLINARY

Location of Incident: HOLDING

Physical Force Required: No      Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: UNKNOWN/NA | Date:  01/01/1901 | Time: 00:00 |
| Current Status: NEW INCIDENT | | |

## NARRATIVE

10/21/2014 - 13:48 - By: KURTZ, HOWARD F.

To: Major McLaurin
Prepared by: C/O H. Kurtz

On 20 October 2014, at approximately 1645 hours, I, C/O H. Kurtz, was at my assigned post in Booking. ███████████ ████████ was in Holdover #2. He called me over to the cell and handed me 7 pills ( 2 red and 5 pale blue, later identified as morphine and oxycodone) ██████████████ stated that he didn't need these as he had "just taken 10 and didn't care anymore". I notified Sgt. Nichols of the situation. Sgt. Nichols requested that medical respond to Booking. Nurses Kasper and Nichols responded to Booking. They identified the pills, from having checked in ███████████████ medication a short time earlier. As this was occurring during shift change and Lt. Fulton's Shift was short-handed, it was decided that C/O Green would escort ███████████ to the hospital. C/O Green took ██████████ to St. Elizabeth's Hospital. Once at the hospital, ███████████ told the staff that he had only taken his normal dose for pain. C/O Green returned to the Jail with ███████████ at approximately 2107. ███████████ was housed to the Infirmary for observation. This officer requests a privileges review hearing for violation B-18 of the Detainee Rules and Regulations Handbook.  This report is also being forwarded to C/O Wilson for the application of possible charges.  End of report.

_____     _____
Reporting Officer                                          Date

_____     _____
Shift Supervisor                                           Date

SCC-009981

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:15 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400960 - Status: SUPERVISOR REVIEW - Occurred: 11/07/2014 at 21:00

Entered By: CHARLES GERMAINE          Date: 11/07/2014      Time: 23:00

Shift: 17:45 to 05:45

Call Received By: BRIAN D CUNNINGHAM     Date: 11/07/2014      Time: 23:00

Time of Response: 21:00

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR HALL

Physical Force Required: No        Backup Required: Yes

Reviewed By: BRIAN D CUNNINGHAM        Date: 11/08/2014      Time: 02:04

Current Status: SUPERVISOR REVIEW

SCC-009980

## NARRATIVE

11/07/2014 - 23:02 - By: GERMAINE, CHARLES

To: Maj. McLaurin
From: C/O Charles E. Germaine
On 07 November 2014, at approximately 2100hrs, I, C/O Charles E. Germaine, was escorting Nurse Amy Kasper past the Rec-C Room. Detainee ▓▓▓▓▓▓ was receiving his recreation at this time. ▓▓▓ had been provided a razor per his request just prior to my previous Health and Well Being Check around 2040hrs, and I was going to move him to his cell once the nurse was clear. As we approached, ▓▓▓ took the razor and cut both his wrists and said "I'm bleeding, can I go to the hospital?". I opened Rec-C and Officer Delancy Moore and I removed him and escorted him into the Quiet Room Sgt. Brian Cunningham was advised via radio to respond to the Quiet Room.
Once in the QR, Nurse Patty Bowers and Amy Kasper treated his injuries. He had one two to three inch laceration on each wrist, neither of which was very deep. Nurses cleaned the wounds and applied bandages. They determined he would not need to be taken to the hospital. During this period ▓▓▓ kept asking the nurse how much deeper would he have to cut in order to be more serious and also made the statement "he would have killed himself if he wanted to". ▓▓▓ also stated he was highly claustrophobic and had been trying to get removed from Max since he was placed in there. I asked him how long he had been planning on doing this, and he stated, "it wasn't until I saw the razor, but I was going to do it in front of someone tonight."
Because of the bandages, Sgt. Cunningham ordered the Restraint Chair to be used to prevent him from further injury or removing the bandages. ▓▓▓ was placed in the chair without incident ▓▓▓ was placed in QR Cell #4 and Booking was notified. Photographs of the broken razor were taken and an incident log was filled out. The restraints were checked by Nurse Bowers. Nurse Kasper called Dr. Larson and notified him of the situation. He wrote orders for him to be kept in the chair due to his suicidal behavior. END OF REPORT.

Reporting Officer _____ Date _____

Shift Supervisor _____ Date _____

St. Clair County Sheriff Department
**ST. CLAIR COUNTY, ILLINOIS**
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:15 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201400961 - Status: SUPERVISOR REVIEW - Occurred: 11/08/2014 at 01:05

| | | |
|---|---|---|
| Entered By: MARK J. HARRIS | Date: 11/08/2014 | Time: 01:47 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: MARK J. HARRIS | Date: 11/08/2014 | Time: 01:05 |
| Time of Response: 01:05 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No     Backup Required: No

| | | |
|---|---|---|
| Reviewed By: BRIAN D CUNNINGHAM | Date: 11/08/2014 | Time: 05:22 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

11/08/2014 - 01:54 - By: HARRIS, MARK J.

To: Maj. McLaurin`
From: C/O Mark Harris
On 08 November 2014, at approximately 0105hrs, I, C/O M. Harris, heard noise coming from the Quiet Room. At this time Nurse J. Schmittling and I entered the Quiet Room to check on ████████████████████████ who was in the Restraint Chair in QR cell#4.  When I opened the cell door, both Nurse Schmittling and I observed ██████ attempting to use a metal piece off of his leg brace to reinjure his wrist. ████████████ had apparently worked the piece of metal from the brace to his lap.  At this time I notified Sgt. Cunningham about what I observed and found. ████ ██████ brace was removed and a picture was taken of the brace and the metal piece that was taken out of it.  The piece of metal looked like it had been previously sharpened.  Nurse Schmittling removed the bandage and re-wrapped detainee ███████ right wrist and checked restraints. The brace was placed in detainees' property and the piece of metal was placed in a clear property bag and given to Sgt. Cunningham. End of report. No further action taken at this time.

| | |
|---|---|
| _____ | _____ |
| Reporting Officer | Date |
| _____ | _____ |
| Shift Supervisor | Date |

SCC-009979

Violation 12: Carlos Rickman – March 2015



St. Clair County Sheriff Department
**ST. CLAIR COUNTY, ILLINOIS**

Richard Watson
Sheriff

Document Reprint - Date: Tue Sep 20, 2016 at 3:13 pm
Document Type: JAIL INCIDENT REPORT

# JAIL INCIDENTS NARRATIVES REPORT
### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
FOR JAIL INCIDENT NUMBER 201500291. INCIDENT DATE AND TIME: 03/18/2015 @ 22:25
Report Date: 03/19/2015 @ 02:59 · Page: 1

575

| Page |
|------|
| 1 |

| Date of Narrative Submitted By | Time of Narrative | Narrative |
|---|---|---|
| 03/18/2015 DAVID NICHOLS | 22:32 | **To:** Major P. McLaurin<br>**Prepared By:** Sgt. D. Nichols |

At 2225 hours, on 03-18-15, I, Sgt. Nichols, was walking by the Infirmary and heard yelling coming from Infirmary #2. I reported to the Infirmary and observed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and Edward Fields (201501520) arguing. ▮▮▮▮▮▮▮▮▮▮▮ was yelling and I heard him call Fields a "bitch". I called CO Ripperda to the block and had him open the cell door, and told ▮▮▮▮▮▮ to gather his belongings. He did so and his property was searched by Ripperda out in the Male Hallway. ▮▮▮▮▮▮▮ was rehoused to Recovery #2. I went back to the block and asked what had happened. Fields told me that everyone was trying to sleep and ▮▮▮▮▮▮▮ was yelling for no apparent reason. Detainee Frederick Purnell (201407539) told me that ▮▮▮▮▮▮▮ acts strangely, and he had seen ▮▮▮▮▮▮▮ "punch himself in the face" at one point. Booking and Medical were informed of the move.

End of report.

Reporting Office  NICHOLS #467        Date 3-19-15

Shift Supervisor  #447 Jamie      Date 3-19-15

SCC-009614

Violation 13: Demarken Cobbs – April 2015

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Tue Sep 20, 2016 at 3:54 pm
Document Type: FIELD BOOKING FORM

# FIELD BOOKING FORM
## ST. CLAIR COUNTY JAIL, BELLEVILLE, ILLINOIS  2008

| DAY | DATE 4/09/15 | TIME | RACE B | SEX M | HGT 604 | WGT 290 | HAIR BLK | EYES BRO |
|---|---|---|---|---|---|---|---|---|

P.O.B. *IL*

HOME PHONE: 698-0770

CHARGES: **THEFT (SUBJ)**

DEPARTMENT: **CAHOKIA POLICE**
OFFICER: **ORTEGA #92**

STREET NAME/NICK NAMES: **FOO FOO**
A.K.A.

| HEALTH OK | INJURIES/AILMENTS STOMACH FLU | BI-POLAR/SCHIZO | ED 12th | REL SATAN |
|---|---|---|---|---|

SCARS/MARKS:
TATTOOS: **FACE**

OCCUPATION: **PALLETS**   EMPLOYER: **ELITE STAFFING**   BUSINESS ADDRESS   PHONE NO.

TRANSPORTING OFFICER: **R. ORTEGA #92**   DATE **4-9-15**   BOOKING OFFICER

| HOMOSEXUAL N | VIOLENT N | SUICIDE RISK N | ESCAPE RISK N | * CAUTIONS * | WEAKLING | INFORMANT N | MENTAL Y |
|---|---|---|---|---|---|---|---|

### Brief Jail Mental Health Screen

| | | |
|---|---|---|
| 1. | Do you *currently* believe that someone can control your mind by putting thoughts into your head or by taking thoughts out of your head? | Yes / No |
| 2. | Do you *currently* feel that other people know your thoughts and can read your mind? | Yes / No |
| 3. | Have you currently lost or gained as much as two pounds a week for several weeks without even trying? | Yes / No |
| 4. | Have you or your family or friends noticed that you are *currently* much more active than you usually are? | Yes / No |
| 5. | Do you currently feel that you have to move or talk more slowly than you usually do? | Yes / No |
| 6. | Have there currently been a few weeks when you felt like you were useless or sinful? | Yes / No |
| 7. | Are you currently taking any medication prescribed for you by a physician for any emotional or mental health problems? | Yes / No |
| 8. | Have you ever been in a hospital for emotional or mental health problems? | Yes / No |

Referral Instructions: This detainee should be referred for further mental health evaluation if he/she answered
YES to item 7 and/or item 8
YES to any two of items 1 thru 6;
If you feel it is necessary for any other reason.

__ Not Referred
+ Referred on 4.9.15 to ____
Reviewed By ____

SCC-010578



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:28 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500416 - Status: SUPERVISOR REVIEW - Occurred: 04/14/2015 at 09:00

Entered By: STEVEN STRUBBERG          Date: 04/14/2015       Time: 12:12

Shift: 07:00 to 15:00

Call Received By: STEVEN STRUBBERG      Date: 04/14/2015       Time: 12:15

Time of Response: 12:15

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No       Backup Required: No

Reviewed By: JOHN A. FULTON          Date: 04/14/2015       Time: 15:58

Current Status: SUPERVISOR REVIEW

## NARRATIVE

04/14/2015 - 12:15 - By: STRUBBERG, STEVEN

To: Major Phillip McLaurin
Prepared by: Sgt. Steve Strubberg

On April 14, 2015 I, Sgt. Steve Strubberg spoke with ███████████████████████ in E-Max Cell 4 regarding a disciplinary write-up he received earlier in the week. I informed █████████████ that the disciplinary committee had come to a finding of "Guilty" on his write-up, and that I was recommending 30 days loss of privileges and that he remain in maximum security ███████████ became very upset after hearing my recommendation and stated, "No way I'm doing 30 days back here, I'm telling you that right now!  You will turn me into a monster if you keep me back here that long!"  I asked what he meant by "Turning into a monster" and he replied, "You know my meds fuck with me when I'm alone." ██ denied any thoughts of suicide, but continued to yell that he would not do 30 days in segregation.

I notified Capt. Trice and Lt. Fulton of the situation and requested that Ofc. Casey pay close attention to █████for the remainder of his shift.  This information is also being passed on to all corrections supervisors via email.  Captain Trice recommended that if █████ requires QR placement in the future, that we clear his segregation cell, and it be used as a quiet room.
End of report.

Reporting Officer                                                Date

Shift Supervisor                                                Date

SCC-010318



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:27 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500423 - Status: SUPERVISOR REVIEW - Occurred: 04/15/2015 at 09:50

| | | |
|---|---|---|
| Entered By: THOMAS MESEY | Date: 04/15/2015 | Time: 10:53 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: THOMAS MESEY | Date: 04/15/2015 | Time: 10:50 |
| Time of Response: 09:50 | | |

Nature of Incident: DISCIPLINARY

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No       Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: DAVID NICHOLS | Date:  04/15/2015 | Time: 17:25 |
| Current Status: SUPERVISOR REVIEW | | |

SCC-010317

## NARRATIVE

04/15/2015 - 10:55 - By: MESEY, THOMAS

To: Major McLaurin
Prepared by: Officer Tom Mesey

    On April 15, 2015, at approximately 0950 hours, I, Officer Tom Mesey was escorting a detainee back from an interview to E-Block. ████████████████████████████ was in the E-Block shower area during this time. ████ asked me why the phone was off. I informed ████ that he had lost his privileges. I had already done this 3 separate times. I informed ████ that if he had any other questions he could write a letter to Sgt. Strubberg regarding his privileges. ████ then became very agitated and started saying, "I'm a racist you cracker ass bitches, I hate all pigs, I hope you all die. You had better cuff and shackle me otherwise I'll kill one of your asses."  Officer Pat Fulton was assisting me while I escorted ████ back to his cell. ████ then began yelling, "it was that Lt. Sutherlin bitch that got me on this bullshit. Tell that bald bitch she gonna get this big, fat, black, dick. Cracker ass dumb bitch." ████ was secured in his cell without issue. I informed Sgt. Nichols of the situation. This Officer requests a Privileges Review Hearing for ████████ for Violation B-11 of the Detainee Rules and Regulations Handbook. End of Report.

_____                        _____
Reporting Officer                                          Date

_____                        _____
Shift Supervisor                                           Date



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:27 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500481 - Status: SUPERVISOR REVIEW - Occurred: 04/29/2015 at 18:20

| | | |
|---|---|---|
| Entered By: ERIC L. WALTER | Date: 04/29/2015 | Time: 22:55 |
| Shift: 17:45 to 05:45 | | |
| Call Received By: ERIC L. WALTER | Date: 04/29/2015 | Time: 18:20 |
| Time of Response: 18:20 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No        Backup Required: Yes

| | | |
|---|---|---|
| Reviewed By: JACK P DINGES | Date: 04/30/2015 | Time: 05:01 |
| Current Status: SUPERVISOR REVIEW | | |

## NARRATIVE

04/29/2015 - 22:58 - By: WALTER, ERIC L.

TO: Supt. P. McLaurin
PREPARED BY: CO E. Walter

   On April 29, 2015, I, Officer Eric Walter, was working my assigned post of John 13.  At approximately 1820 hours, I was making a health and well-being check in E-Max.  When I came to E-Max, Cell #4, I observed ███████ ███████ with a pair of long john pants wrapped around his neck and looped in the bars of the inner max gate.  I immediately opened the outer door and advised ███████ to remove the pants from around his neck.  ███████ complied and stated, "I can't take it in here no more.  Put me in the Quiet Room before I hang myself!"  I notified Lt. Jack Dinges of the situation and the following Officers responded to assist in the move: Lt. Dinges, Sgt. Brian Cunningham, C/Os Charles Germaine, Mark Harris, Jon Knyff and Howard Kurtz.  In order to prevent a suicide, ███████ was escorted from E-Max, Cell #4, to Quiet Room, Cell #2, without further incident.  ███████ property was placed in a tote in the PS Closet behind the max desk.  Booking and Nurse Brandy Nichols were both notified of the move.  Officer Kurtz videoed the move.  End of report.

| | |
|---|---|
| _____ | _____ |
| Reporting Officer | Date |
| | |
| _____ | _____ |
| Shift Supervisor | Date |

SCC-010315



Violation 14: Michael Knepper – April 2015

St. Clair County Sheriff Department

**ST. CLAIR COUNTY, ILLINOIS**

Document Reprint - Date: Tue Sep 20, 2016 at 3:44 pm

Document Type: JAIL INCIDENT REPORT

Richard Watson
Sheriff

---

## JAIL INCIDENTS NARRATIVES REPORT

ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

FOR JAIL INCIDENT NUMBER 201500400, INCIDENT DATE AND TIME: 04/10/2015 @ 18:40

Report Date: 04/12/2015 @ 18:43 - Page: 1

| Page |
|------|
| 1 |

| Date of Narrative | Time of Narrative |
|---|---|
| Submitted By | |
| 04/10/2015 | 20:33 |
| KYLE P. TAYLOR | |

**Narrative**

To: Major Phillip McLaurin
Prepared By: C/O Kyle P. Taylor

At approximately 1840 hours on April 10, 2015, I, C/O Kyle P. Taylor, was in the Medical Office. While in the Medical Office bathroom, I heard several detainees from the Male Infirmary yelling for a nurse. Nurse Sandy Thurman went to check on the Male Infirmary. I then heard Nurse Thurman yell she needed to get into Infirmary Two. I excited the Medical Office and went to Infirmary Two, where I observed several detainees pointing at ████████. Officer Harris entered the Infirmary right after me, and called ALL JOHNS to the Infirmary. Officer Harris and I entered Infirmary Two and observed ████████ covered in blood, holding his left wrist with a bloody brown towel. He had cut his wrist using the blade from his razor. Officers James Wagener, Howard Kurtz, Leslie Rivera, Jon Knyff, Sgt. Brian Cunningham, and Lt. Jack Dinges then arrived to assist. Officer Harris asked ████████ where the razor was. ████████ motioned to the razor on his bunk. Officer Harris began applying pressure to ████████ left wrist and removed the razor, placing it in a white cup. Officer Harris then handed the razor in the cup to Officer Rivera. At this time, Officer Kurtz removed all of the other detainees from Infirmary Two and placed them in the Barber Shop. ████████ started to struggle with Officers and was held in place on his bunk.

At approximately 1845 hours Nurse Thurman called Medstar Ambulance to take ████████ to the hospital for his injuries. I then made a Health and Well Being Check for Officer Wagener, through the upper end hitting Major. When I completed the Health and Well Being Check, Lt. Dinges had me return to my assigned post of Lower Level. At approximately 1900 hours Medstar arrived to transport ████████ to St. Elizabeth's Hospital. Officers Knyff and Moore stayed with ████████ while being transported to the St. Elizabeth's Hospital. Major P. McLaurin and Captain T. Trice were notified by Lt. Dinges.

Officer Howard Kurtz operated the video camera throught the incident. He also took several photos of ████████ injuries.

When ████████ returned from the hospital at approximately 2140 hours, he was placed in the restraint chair by assisting Officers without incident. Nurse Thurman checked his restraints.   END OF REPORT.

_Kyle Taylor_   4-10-15
Reporting Officer   Taylor   Date

_Dinges_   4-10-15
Shift Supervisor   418   Date

SCC-010039

15- 1797

Violation 15: Carlos Rickman – April 2015



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Tue Sep 20, 2016 at  3:13 pm
Document Type: JAIL INCIDENT REPORT



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Tuesday April 14, 2015 at 1:33 pm

Richard Watson
Sheriff

## JAIL INCIDENT REPORT

Complaint Number: 201500418 - Status: NEW INCIDENT - Occurred: 04/14/2015 at 10:00

| | | |
|---|---|---|
| Entered By: BRIAN T. SABO | Date: 04/14/2015 | Time: 13:07 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: BRIAN T. SABO | Date: 04/14/2015 | Time: 10:00 |
| Time of Response: 10:00 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING BASEMENT CELL BLOCKS

Physical Force Required: No          Backup Required: No

Reviewed By: UNKNOWN/NA          Date: 01/01/1901     Time: 00:00

Current Status: NEW INCIDENT

## NARRATIVE

04/14/2015 - 13:15 - By: SABO, BRIAN T.

To: Major Mclaurin
Prepared: C/O Brian Sabo

On April 14, 2015 at approximately 1000 hours, I, C/O Brian Sabo, was passing out cleaning buckets in Lower Level E when I came to ▮▮▮▮▮▮▮▮▮▮ in cell #3. He asked for a cleaning bucket. I denied Detainee ▮▮▮▮▮▮▮▮ a cleaning bucket due to his talking to himself all morning, and what sounded like punching on the walls, banging on the walls and his agitated behavior as he was talking to himself. After denying ▮▮▮▮▮▮▮ a cleaning bucket he became more agitated towards me saying, "If a C/O opens my door I'm going to fight him and spit on him." Detainee ▮▮▮▮ also called me a, "white ass cracker you racist mother fucker," and said, "when I talk to my attorney and I'm going to sue your ass."

At approximately 1105 hours, while I was feeding Lower Level E, and after Feeding ▮▮▮▮▮▮▮ he claimed that I spit on his food and put water all over his food. After I feed ▮▮▮▮▮▮ and walked away I could him making the sound of spitting on his tray. When I picked up his tray at approximately 1130 hours I saw what appeared to be the juice, or water from his cell, dumped on his tray.

At approximately 1220 hours C/O M. Lanzante and I went to ▮▮▮▮▮▮▮ cell to see if we could get him to calm down. When we were talking to ▮▮▮▮▮▮ it was hard to hear him so I opened the door so we could understand him better. While the door was opened Officer Lanzante noticed the sharped end of a spoon on the floor next to his bunk. We closed his door and informed Lt. Fulton on what we found. Lt. Fulton and Officer Bujnak responded to lower level to help up retrieve the spoon from his cell. The spoon was taken from his cell so he could not try and hurt someone.

Lt. Fulton requested Kitchen Supervisor Mary Robinson to feed Rickman on Styrofoam trays, without utensils, until further notice. C/O Browder took a photograph of the sharpened spoon.

End of report.

| | | |
|---|---|---|
| *Brian Sabo* | Sabo # 472 | 4/14/15 |
| Reporting Officer | | Date |
| *[signature]* | Lt Fulton #9 | 4/14/15 |
| Shift Supervisor | | Date |

15-0575

SCC-009607

Violation 16: Carlos Rickman – April 2015



St. Clair County Sheriff Department
**ST. CLAIR COUNTY, ILLINOIS**

Document Reprint - Date: Tue Sep 20, 2016 at 3:13 pm
Document Type: **JAIL INCIDENT REPORT**

Richard Watson
Sheriff

---

## JAIL INCIDENTS NARRATIVES REPORT
### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
FOR JAIL INCIDENT NUMBER 201500443. INCIDENT DATE AND TIME: 04/20/2015 @ 12:05
Report Date: 04/20/2015 @ 14:09 - Page: 1

| Page |
| --- |
| 1 |

| Date of Narrative | Time of Narrative | Narrative |
| --- | --- | --- |
| Submitted By | | |
| 04/20/2015<br>MICHAEL A. LANZANTE | 12:21 | **To:** Major Phillip McLaurin<br>**Prepared By:** Officer Michael Lanzante |

On 04-20-2015, at approximately 1205 hours, I, Michael Lanzante, was relieving Lower Level when I heard something banging. I walked over to the E gate that was secured with ████████ asked if everything was okay. ████ said, "Leave me alone bitch. I'm trying to use the phone." I asked him to stop banging and yelling ████ said, "You know I'm not going to be in here forever, I'll see you out." I then asked Officer Zachary Kurtz, who was in his office, to assist with putting ████ back in his cell ████████ said, "If I see you out, you know what that means... I'll shoot you! I'll carry that four nickel! You won't know what hit you. You ready to bite that bullet?" Officer Kurtz and I placed ████████ back in his cell. At approximately 1220 hours, I heard yelling and banging from Cell Block E. ████████ said, "I need your name and badge number for my lawsuit, the Feds love my lawsuits. Bite that bullet bitch. I'll shoot your ass dead." No further incidents. Lt Karl Pannier was notified of this incident. This Officer requests a Privilege Review Hearing for ████████████████ for Violation B-11 an B-21 of the Detainee Rules and Regulations Handbook. END OF REPORT.

████████ ⨯L92   MLanzante   4-22-15
Reporting Officer                    Date

447   Pannier   4/27/15
Shift Supervisor                  Date

SCC-009609

Violation 17: Michael Knepper – May 2015



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:13 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500531 - Status: SUPERVISOR REVIEW - Occurred: 05/12/2016 at 15:00

| | | |
|---|---|---|
| Entered By: BRIAN T. SABO | Date: 05/12/2015 | Time: 16:38 |
| Shift: 05:45 to 17:45 | | |
| Call Received By: BRIAN T. SABO | Date: 05/12/2015 | Time: 15:00 |
| Time of Response: 15:00 | | |

Nature of Incident: INFORMATIONAL

Location of Incident: INFIRMARY

Physical Force Required: No        Backup Required: No

| | | |
|---|---|---|
| Reviewed By: JOHN A. FULTON | Date: 05/12/2015 | Time: 16:44 |

Current Status: SUPERVISOR REVIEW

## NARRATIVE

05/12/2015 - 16:41 - By: SABO, BRIAN T.

To: Major Mclaurin
Prepared By: C/O Brian Sabo

On May 12, 2015 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ refused all Three meal trays. Medical was informed of the situation along with Lt. Fulton.  End of Report.

_____                    _____
Reporting Officer                                          Date

_____                    _____
Shift Supervisor                                             Date

SCC-009972

Violation 18: Juliana Kavano-Mosely – July 2015



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS

Document Reprint - Date: Tue Sep 20, 2016 at 2:56 pm
Document Type: FIELD BOOKING FORM

Richard Watson
Sheriff

33405    901408EHO    K156-4349-3162   IL
15-02705   IL28565251                              3982

### FIELD BOOKING FORM
ST. CLAIR COUNTY JAIL, BELLEVILLE, ILLINOIS

| BOOKNG NO. | S.D. NO. | DAY | DATE     TIME | | RACE W | SEX F | HT. 506 | WT. 165 | HAIR BLOND | EYES BROWN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 07/09/2015 1816 | | | Title | POB ST. LOUIS | | | |
| | | | | | | | HOME PHONE | | | |

| CHARGES | | | |
|---|---|---|---|
| VIO BAIL BOND - Warrant # - TR-1094 | | 720-5.0/32-10-A | DEPARTMENT FAIRVIEW HEIGHTS POLICE |
| 720 ILCS 5.0/16-1-A-1-A x2 | | | OFFICER Smith, 2101 |
| | | | SSN 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 |
| | | | AKA DOB |

| A.K.A. JASON | | | | | |
|---|---|---|---|---|---|
| HEALTH ISSUES Stomach issues | INJURIES/AILMENTS No | Trazadone Testosterone | Transgender | ED. | REL. |
| SCARS MARKS TATTOOS | TAT | L ARM | | | |

| OCCUPATION UNEMPLOYED | EMPLOYER | BUSINESS ADDRESS | PHONE |
|---|---|---|---|
| ILLNESS OR INJURY CALL | Name | Relationship   Address | Phone |
| | LOCATION | | Arrest Date/Time 07/09/2015 05:25:00 PM |

TRANSPORTING OFFICER                    BOOKING OFFICER

7-16-15

Signature                    Date                    Signature

**\* CAUTIONS \***

| HOMOSEXUAL Yes | VIOLENT No | SUICIDE RISK No | ESCAPE RISK No | WEAKLING No | INFORMANT No | MENTAL Yes |
|---|---|---|---|---|---|---|

| Brief Jail Mental Health Screen | YES | NO |
|---|---|---|
| you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head? | | |
| you currently feel that other people know your thoughts and can read your mind? | | |
| e you currently lost or gained as much as two pounds a week for several weeks without even trying? | | |
| e you or your family or friends noticed that you are currently much more active than you usually are? | | |
| you currently feel that you have to move or talk more slowly than you usually do? | | |
| e there currently been a few weeks when you felt like you were usless or sinful? | | |
| you currently taking any medication prescribed by a physician for any emotional or mental health concerns? | X | |
| e you ever been in a hospital for emotional or mental health problems? | | X |

| ral instructions: this detainee ld be referred for further mental h evaluation if he/she answered o item 7 and/or 8 YES to any two 1 thru 6; If you feel it is nsary for any other reason. | X   Not Referred | Week ago |
|---|---|---|
| | Referred on   7-10-15 | |
| | Reviewed By | 1hr |

Taken out @ 20:35 for Booking

© 1994 - 2015, Information Technologies, Inc. http://www.it1usa.com

SCC-009677



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
Document Reprint - Date: Tue Sep 20, 2016 at 2:56 pm
Document Type: INTAKE SIGNATURE BOOKING FORM

Richard Watson
Sheriff

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Friday July 10, 2015 at 4:25 pm

Richard Watson
Sheriff

# INMATE BOOKING INFORMATION

Gender: **Female**   Ethnic: **WHITE**
Eye Color: **BROWN**   Hair Color: **BLONDE**
Height: **5** Feet **6** Inches   Weight: **165** Pounds
Build: **MEDIUM**   Condition: **GOOD**
Marital Stat: **SINGLE**   Children:
Complexion: **MEDIUM**
Religion: **NONE**
Birth Place: **Missouri U.S.A.**

*3982*

SCC-009683

Occupation: None Noted
Employer:

Sheriff #: 460466   Booking #: 201503982

CURRENT BOOKING
Arresting Officer: SMITH, JAMIE L
Arresting Agency: FAIRVIEW HEIGHTS

1435341 - RETAIL THEFT
1435342 - RETAIL THEFT
1435340 - IN STATE WARRANT
1435343 - IN STATE WARRANT

IDENTIFING MARKS AND TATTOO'S
None Noted

Booking Date: 07/10/2015   4:18 pm
Booking Type: NEW OFFENSE (MISD/TRAF FEMALE)
Booking Officer: TIMOTHY FISK
Admission Type: MISDEMEANOR CHARGE

Medical Problems   Cautions / Warnings
(None Noted)

EMERGENCY CONTACT
None Identified

Takes Prescrip Med

Infectious Diseases   Problem Areas
(None Noted)   (None Noted)

GANG AFFILIATION

** REFER TO MEDICAL STAFF
I, JULIANNA N. KAVANO-MOSLEY, herby certify and authorize the Sheriff or his authorized agent to: (1) Examine all mails and other materials while incarcerated at this facility. I ... directed to me, and (2) Manage any and all monies or funds ... of my knowledge.

Officer Signature   TIMOTHY FISK



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Monday September 26, 2016 at 11:10 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500760 - Status: SUPERVISOR REVIEW - Occurred: 07/11/2015 at 12:01

| Entered By: JOHN A. FULTON | Date: 07/15/2015 | Time: 21:14 |
|---|---|---|

Shift: 05:45 to 17:45

| Call Received By: AJA L. WILSON | Date: 07/11/2015 | Time: 12:01 |
|---|---|---|

Time of Response: 12:01

Nature of Incident: INFORMATIONAL

Location of Incident: WOMENS WING FIRST FLOOR CELL BLOCKS

Physical Force Required: No        Backup Required: No

| Reviewed By: JOHN A. FULTON | Date: 07/15/2015 | Time: 21:25 |
|---|---|---|

Current Status: SUPERVISOR REVIEW

SCC-009631

## NARRATIVE

07/15/2015 - 21:16 - By: FULTON, JOHN A.

TO: Major Phillip McLaurin
From: Lt. John Fulton

Report originally submitted by C/O Aja Wilson.

On 07-11-2015, at approximately 1201, I, C/O Aja Wilson, was making a Health and Well-Being check for Female Max and Female QR. Before I entered I saw ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ egs lying on the floor shaking. I opened the door further and saw that she was sitting upward on the floor hanging by a brown sheet. I immediately called for "ALL JOHN" units to report to the female side. I also called for the Nurse and for Lt. Fulton to come to the Female side. Officers that responded were C/O Fisk, Riley and Humphrey. Nurses that responded were Robin McClintock and Amber Boyer.  C/O Fisk lifted ▮▮▮▮▮▮▮▮▮▮▮▮▮ off the floor while I untied the sheet.

She had the sheet double knotted tightly around the bars and her neck, she was foaming at the mouth and her face was red. Nurse McClintock checked her pulse ox and blood pressure. ▮▮▮▮▮▮▮▮▮▮ stated several times that she wanted to die and that she had used a spoon to cut her wrist. Per Nurse McClintock ▮▮▮▮▮▮▮▮ was escorted by restraint chair to the nurses' station by me, Humphrey, Fisk, and Riley to be checked and screened. Lt Fulton and I taped the incident using the Supervisors iPhone. Captain Trice was also notified of the incident.

In the nurses office ▮▮▮▮▮▮▮▮▮▮▮▮ started to have seizures. While coming out the first one she said, "I don't have anything to live for I might as well die. Because I have had help and I can't be helped." She also complained of neck pain and mouth pain. Dr. Larson was called about the incident at 1250. Pictures were taken of Max and of ▮▮▮▮▮▮▮▮▮▮ cuts on her wrist, and her neck area. At 1305 Detainee ▮▮▮▮▮▮▮▮ was transported to St. Elizabeth Hospital via Med Star ambulance. She was escorted by Sgt. Darrell Cook.

▮▮▮▮▮▮▮▮▮▮ returned from St. Elizabeth Hospital at 1458.  She was placed directly in the Restraint Chair and escorted to the QR alcove area by myself, C/O Fisk and Lt. Fulton. She was secured in the restraint chair at 1500 for her safety and to prevent her from hurting herself again. Nurse Sandy Thurman checked the restraints. The oncoming shift was briefed on the incident.

| Reporting Officer | Date |
|---|---|

| Shift Supervisor | Date |
|---|---|

Violation 19: Carlos Rickman– July/August 2015



St. Clair County Sheriff Department
## ST. CLAIR COUNTY, ILLINOIS

Richard Watson
Sheriff

Document Reprint - Date: Tue Sep 20, 2016 at  3:13 pm

Document Type: INCIDENT SIGNATURE REPORT



St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Saturday July 11, 2015 at 7:26 am

Richard Watson
Sheriff

# JAIL INCIDENT REPORT

Complaint Number: 201500740 - Status: NEW INCIDENT - Occurred: 07/10/2015 at 14:45

Entered By: LEVESTER A. RILEY

Date: 07/10/2015

Time: 15:13

Shift: 05:45 to 17:45

Call Received By: LEVESTER A. RILEY

Date: 07/10/2015

Time: 14:45

Time of Response: 14:45

SCC-009595

Nature of Incident: INFORMATIONAL

Location of Incident: MENS WING FIRST FLOOR CELL BLOCKS

575

Physical Force Required: No        Backup Required: No

Reviewed By: UNKNOWN/NA

Date:  01/01/1901

Time: 00:00

Current Status: NEW INCIDENT

# NARRATIVE

07/10/2015 - 15:17 - By: RILEY, LEVESTER A.

To:Major McLaurin
Prepared by: C/O L. Riley#478

On July 10, 2015 at approximately 1445 hours, I, C/O Levester Riley was assigned to E, F-Max and G,H, Cell Blocks. I entered E-Max to give Detainee Burwell, Dominique his belongings.  I, looked into E-Max Cell #3 and observed Detainee ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ lying on his bunk breathing, foaming at the mouth, and his eyes dilated.  He responded to the questions asked by Nurse Sandy Thurman but refused to sign the medical slip.

At approximately 1700 hours I saw ▓▓▓▓▓▓▓▓▓ sitting on his bunk, and foaming at the mouth. Nurse Thurman responded to Ma▓▓▓▓▓▓appeared alert but refused medical treatment. Lt. Fulton took a photograph of ▓▓▓▓ with the supervisor's iPhone. End of Report

c.o. R_y, J_f          11 Jul. 15

Reporting Officer        Riley #478        Date

Shift Supervisor   LT  Fulton-419        7-11-5        Date

# JAIL INCIDENTS NARRATIVES REPORT

### ST. CLAIR COUNTY SHERIFF'S DEPARTMENT

FOR JAIL INCIDENT NUMBER 201500853, INCIDENT DATE AND TIME: 08/09/2015 @ 19:30

Report Date: 03/15/2016 @ 12:38 - Page: 1

| Date of Narrative | Time of Narrative | | Page |
|---|---|---|---|
| Submitted By | | Narrative | 1 |
| 08/09/2015 | 23:03 | | |
| LARRY S. CASEY Jr | | | |

To: Major McLaurin
Prepared by: Larry Casey

On Sunday August 9, 2015, at approximately 1930 hours, I , C/O Larry Casey, overheard yelling and banging coming from FF-F Block. I entered FF-F and walked down the guard walk and noticed the noise was coming from Cell #7. Detainee Rickman, Carlos [5 ILCS 1] was housed in this cell. I looked through the cell door window and observed Detainee Rickman take his blue sheet and wrap it around his neck and tie a knot. Detainee Rickman then took the other end of the sheet and began to tie it around the bars on the inner cell door. I immediately called via radio for Lt John Fulton and both Booking Officers to respond to FF-F Max.

I opened the outer max door to Cell 7, when the door opened Detainee Rickman started to untie the sheet from around the bars and his neck. When Lt Fulton, Officers Michael Bujnak, Timothy Fisk, John Pea, and Sgt Darrell Cook arrived I informed them of the situation. Lt Fulton advised to move Detainee Rickman to the Quiet Room for his safety to prevent a possible suicide.

Sgt Cook retrieved a mat and quiet room gown.  Officer Antoinette Reed stood by with keys to secure the Quiet Room doors.

Officer Bujnak, Fisk, Pea, and I escorted Detainee Rickman from FF-F to the Quiet Room #1. Once in Cell 1 Detainee Rickman stated, "When you move me back to max I am gonna hang myself anyway."

Quiet Room Cell 1 was secured and Officers exited without incident.

Detainee Rickman's property was put in the PS Closet behind Middles Desk.

Booking and Medical were notified. Rickman was interviewed by counselor Victoria Vasileff at 2115 hours.

End of Report

| Reporting Office | Date |
|---|---|
| | |
| Shift Supervisor | Date |

Violation 20: Damon Stidimire– October 2015

SUPERVISOR:_____ **CONFIDENTIAL PURSUANT TO COURT ORDER DOC. 117**

INVESTIGATION ONLY:

How Cleared: _____ Date: _____




# *Sheriff Richard Watson*

### St. Clair County Sheriff's Department
### 700 N. 5th Street
### Belleville, IL. 62220-4499
### (618) 277-3505

## Incident Report

Date: 10-29-1015

Times: 1832

Officer: Michael B. Ripperda #444

Incident: Medical Emergency

---

On 10-29-2015, at approximately 1751 hours, I , CO Michael Ripperda was assigned to Male Cell Blocks A, B, Quiet Rooms, C, D. I went through them in that order for my initial Health and Well Being Check and headcount for the shift. I then went to the Supervisor's Office to turn in my headcount and to report for Briefing. Shortly after Briefing was over, I started my next Health and Well Being Check and I started in D Block. I walked through D Block and into C Block. C Block was on lockdown status. I rounded the corner in the back of the block, near #5 cell, to walk through the rest of the block. After I did so, I turned my head to the left and upon reaching cell #3 the detainees in that cell said that I should check on the detainee in cell #4, the previous cell. I immediately did so and saw a detainee, later identified at Damon Stidimire (DOB 12-12-1995) dressed in an orange jumpsuit with his back up against the cell gate. He was facing the back of the cell and had a strip of what appeared to be a bedsheet tied above him. It looked like he was hanging from the end of the bedsheet. The time was 1832 hours. I called "All John Units to C Block, bring a scissors" more than one time and ran to the front of the block to open the inner walkway gate so other officers could get in and render aid to the detainee. The inner walkway gate was opened.

The following officers responded to the block: Lt. Karl Pannier, Sgt. Dave Nichols, and COs Steve Frierdich, Patrick Fulton, Adrienne Gilmore, Nicole Liebig, and Chris Lanzante. Nurse Latasha Phillips, LPN, and Nurse Lashaya Edmonson, LPN, also responded to the block. The cell gate was opened and the detainee was removed from his position and brought to the floor to begin medical assistance. Nurse Phillips assessed the detainee and the AED device was applied. She began CPR and continued to monitor the detainee. CO Liebig was kneeling at the detainee's head, which was near the cell gate. CO Fulton took over CPR a short time later and I took it over from him. Ambulance personnel arrived at the cell and the detainee was placed on a backboard and removed from the cell. He was placed on a gurney, removed from the block,

**Sheriff's Drug Hotline**
**1-800-640-DIME**
"No Questions Asked"

Major Thomas Knapp, EXECUTIVE DEPUTY • Major Richard Wagner, CHIEF DEPUTY • Major Phillip McLaurin, JAIL SUPERINTENDENT
Administration: (618) 277-3505 x5722  •  Investigation: (618) 277-3505 x5715  •  Jail: (618) 277-3505 x5740

**CONFIDENTIAL PURSUANT TO COURT ORDER DOC. 137**

and taken to the ambulance for transportation to the hospital.  Officers present left the cell block and I closed the cell #4 gate.  End of report.

    Respectfully submitted,

CO Michael Ripperda, DSN #444