IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE WHITE, as Administrator of the )
ESTATE OF BRADLEY C. SCARPI, )
                                                                     )
        Plaintiff,                    )    Case No. 3:16-cv-00560
                                                                   )
        v.                              )
                                                                   )
ST. CLAIR COUNTY SHERIFF RICHARD )
WATSON, *et al.*, )
                                                                   )
        Defendants.        )

## VERDICT FORM

*(Place an "X" on the appropriate line for each count.)*

### CLAIM ONE: FAILURE TO PROTECT

                                          For Plaintiff           For Defendant

As to:
CHRISTOPHER LANZANTE       __X__       _____

### CLAIM TWO: UNCONSTITUTIONAL POLICY OR PRACTICE

                                          For Plaintiff           For Defendant

As to:
ST. CLAIR COUNTY
SHERIFF'S DEPARTMENT       _____       __X__

### CLAIM THREE: WRONGFUL DEATH

                                          For Plaintiff           For Defendant

As to:
CHRISTOPHER LANZANTE       __X__       _____

Case 3:16-cv-00560-JPG-DGW Document 179 Filed 12/07/18 Page 2 of 2 Page ID #7279

*(If you found for "Defendant" as to Claims One, Two and Three, you do not need to consider damages; sign and return this verdict form.)*

*(If you found for "Plaintiff" on Claims One, Two or Three, you must go on to consider the question of damages.)*

## DAMAGES

### COMPENSATORY DAMAGES FOR FIRST AND/OR SECOND CLAIMS

*(If you found for Plaintiff on either Claim One or Two, enter an amount for compensatory damages)*

We find that the total amount of compensatory damages suffered by the Estate of Bradley Scarpi is $ 150,000.00 DF ~~9200,000.00~~ .

### COMPENSATORY DAMAGES FOR THIRD CLAIM

*(If you found for Plaintiff on Claim Three enter an amount for Compensatory Damages)*

We find that the total amount of pecuniary damages suffered by the children of Bradley Scarpi is $ 150,000.00 .

### PUNITIVE DAMAGES FOR FIRST CLAIM

*(If you found for Plaintiff on Claim One you may, but are not required to, assess punitive damages. If you find punitive damages are warranted, enter an amount for punitive damages.)*

We award punitive damages against Christopher Lanzante in the amount

$ 1000.00 .

