# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

Dwayne White,
V.
Richard Watson, et al.,

## EXHIBIT AND WITNESS LIST

Case Number: 16-cv-560-JPG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Bowman, Bedi, Berry; del Valle | Thomas Ysursa; Katherine A. Melzer |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/2018 thru 12/6/2018 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 12/3/2018 | | | Cindy Files |
| 118 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004828 |
| 112 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004821 |
| 120 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004830 |
| 109 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004816 |
| 103 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004808 |
| 102 | | 12/3/2018 | X | X | Photo of Bradley SCARPI-004805 |
| WIT | | 12/3/2018 | | | Keith Curry |
| 22 | | 12/3/2018 | X | X | Dr. Keith Curry Curriculum Vitae |
| 137 | | 12/3/2018 | X | X | Photo - E-Max "Hit the Boards" (SCARPI-004737) |
| 138 | | 12/3/2018 | X | X | Photo - E-Max Whole Hall (SCARPI 004742) |
| 133 | | 12/3/2018 | X | X | Photo - E-Max Cell showing Bars (SCARPI-004705) |
| 134 | | 12/3/2018 | X | X | Photo - E-Max Cell showing Bars/Cell Layout: (SCARPI-004712) |
| WIT | | 12/3/2018 | | | Thomas Trice |
| 17 | | 12/3/2018 | X | X | Sheriff's Department St. Clair County, Illinois Office of the Sheriff Policy and Procedures- Quiet |
| 69 | | 12/3/2018 | X | X | Report from Jon Knyff Regarding Joshua Jurcich's Suicide 03-12-2014 (SCC-000549-000550) |
| 70 | | 12/3/2018 | X | X | Video of Knyff talking with Joshua Jurcich shortly before Jurcich killed himself |
| WIT | | 12/3/2018 | | | Steven Strubberg |
| WIT | | 12/3/2018 | | | Brian Cunningham |
| 4 | | 12/3/2018 | X | X | Report of Brian Cunningham regarding Bradley Scarpi 05-24-2014 (SCC-000283) |
| 142 | | 12/3/2018 | X | X | AB Block Photo (JUR 005326) |
| 144 | | 12/3/2018 | X | X | L-B Photo (JUR 005465) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 5 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   Illinois

Dwayne White,
V.
Richard Watson, et al.,

**EXHIBIT AND WITNESS LIST**

Case Number:  16-cv-560-JPG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Bowman, Bedi, Berry; del Valle | Thomas Ysursa; Katherine A. Melzer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/2018 thru 12/6/2018 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 140 | | 12/3/2018 | X | X | Photo - E-Max hall (SCARPI 004747) |
| 12 | | 12/3/2018 | X | X | Segregation Report 05-23-2014 (SCC-002437) |
| WIT | | 12/4/2018 | | | Phillip McLaurin deposition by video |
| 16 | | 12/4/2018 | X | X | Sheriff's Department St. Clair County, Illinois Office of the Sheriff Policy and Procedures-Cell Check Policy and Procedure (SCC-000735-000736) |
| 42 | | 12/4/2018 | X | X | Jessica Hart Jail Incident Report 01-19-2013 (SCC-010603) |
| 43 | | 12/4/2018 | X | X | Jessica Hart Jail Incident Report 01-23-2013 (SCC-010602) |
| 58 | | 12/4/2018 | X | X | Rodney Brown Jail Incident Report 03-03-3013 (SCC-010129) |
| 59 | | 12/4/2018 | X | X | Rodney Brown Jail Incident Report 03-04-2013 (SCC-010128) |
| 60 | | 12/4/2018 | X | X | Rodney Brown Jail Incident Report 03-05-2013 (SCC- 010127) |
| 61 | | 12/4/2018 | X | X | Rodney Brown Jail Incident Report 06-02-2013 (SCC-010125) |
| 66 | | 12/4/2018 | X | X | Ramone Parker Jail Incident Report 05-29-2013 (SCC-013260) |
| 67 | | 12/4/2018 | X | X | Ramone Parker Jail Incident Report 09-05-2013 (SCC-013253) |
| 68 | | 12/4/2018 | X | X | Ramone Parker Jail Incident Report 09-09-2013 (SCC-013252) |
| 56 | | 12/4/2018 | X | X | Rachel Mills Jail Incident Report Nicole Liebig 01-14-2014 (SCC-009173) |
| 40 | | 12/4/2018 | X | X | Jerry Davis Jail Incident Report 05-20-2014 (SCC - 0010082) |
| 54 | | 12/4/2018 | X | X | Preston Young Jail Incident Report 05-23-2014 (SCC-009766) |
| 53 | | 12/4/2018 | X | X | Preston Young Jai Incident Report 02-11-2014 (SCC-009772) |
| 14 | | 12/4/2018 | X | X | Ronnie Gully Request- Complaint Form 05-28-2014 (SCC-001708-001709) |
| 153 | | 12/4/2018 | X | X | Referrals to Psychologist for Jessica Hart (WEX 000947; 000945; 000980; 000978; 000976; 000974; 000972; 000971; 000970; 000969 |
| 154 | | 12/4/2018 | X | X | Referrals to Psychologist for Rachel Mills (WEX 000783; 000781; 000776; 000774 |
| | 13 | 12/4/2018 | X | X | Referrals to Psychologist for Jessica Hart  01-19-2013 |
| | 14 | 12/4/2018 | X | X | Referrals to Psychologist for Ramone Parker 09-07-2013 (SCC-013435) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of  5  Pages

# UNITED STATES DISTRICT COURT

DISTRICT OF Illinois

Dwayne White,
V.
Richard Watson, et al.,

**EXHIBIT AND WITNESS LIST**

Case Number: 16-cv-560-JPG

| PRESIDING JUDGE J. Phil Gilbert, U.S. District Judge | | | PLAINTIFF'S ATTORNEY Bowman, Bedi, Berry; del Valle | | DEFENDANT'S ATTORNEY Thomas Ysursa; Katherine A. Melzer |
|---|---|---|---|---|---|
| TRIAL DATE (S) 12/3/2018 thru 12/6/2018 | | | COURT REPORTER Stephanie Rennegarbe | | COURTROOM DEPUTY Tina Gray |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 15 | 12/4/2018 | X | X | Referrals to Psychologist for Rachel Mills 01-14-20014 |
| WIT | | 12/4/2018 | | | David Garcia appearing by video |
| WIT | | 12/4/2018 | | | Richard Watson |
| WIT | | 12/4/2018 | | | Brian White |
| 101 | | 12/4/2018 | X | X | Photo of Bradley SCARPI-004803 |
| 151 | | 12/4/2018 | X | X | Photo of Bradley Scarpi's Son (SCARPI-004819) |
| WIT | | 12/4/2018 | | | Christopher Lanzante |
| 8 | | 12/4/2018 | X | X | Daily Jail Report, Night Shift (17:45-05:45) 05-23-2014 (SCC-001673) |
| 132 | | 12/4/2018 | X | X | Photo - E-Max Cell Showing Bars (SCARPI 004703) |
| 155 | | 12/4/2018 | X | X | Deposition of Phillip McLaurin dated 11/29/2018 |
| 10 | | 12/4/2018 | X | X | Cell Checks Log 05-23-2014 (SCC-001680-001686) |
| 1E | | 12/4/2018 | X | X | Clip 5 - Bradley Scarpi E-Max Video 05-23-2014 (Finding of Bradley Hanging. Enters: 21:31:46 |
| WIT | | 12/5/2018 | | | Deposition of Daniel Nail read in open Court |
| WIT | | 12/5/2018 | | | Randy McCallum |
| WIT | | 12/5/2018 | | | Gabriel Boyd |
| WIT | | 12/5/2018 | | | Ronnie Gully appearing by video |
| WIT | | 12/5/2018 | | | Resume testimony of Christopher Lanzante |
| 1S | | 12/5/2018 | X | X | Screen Shot from Second Cell Check Passing Cell 3 |
| 1T | | 12/5/2018 | X | X | Screen Shot from Second Cell Check Passing Cell 2 |
| 1F | | 12/5/2018 | X | X | Screen Shot from First Cell Check Passing Cell 8 |
| 1G | | 12/5/2018 | X | X | Screen Shot from First Cell Check Passing Cell 7 |
| 1A | | 12/5/2018 | X | X | Clip 1 - Bradley Scarpi E-Max Video 05-23-2014 (Enters: 19:43:07. Exits: 19:43:41. Total time: 34 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 5 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

Dwayne White,
V.
Richard Watson, et al.,

## EXHIBIT AND WITNESS LIST

Case Number: 16-cv-560-JPG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Bowman, Bedi, Berry and del Valle | Thomas R. Ysursa and Katherine A. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/2018 thru 12/6/2018 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1H | | 12/5/2018 | X | X | Screen Shot from First Cell Check Passing Cell 6 |
| 136 | | 12/5/2018 | X | X | Photo - E-Max Cell 5 Door (SCARPI-004719) |
| 135 | | 12/5/2018 | X | X | Photo - E-Max Cell 5 Door (SCARPI-004717) |
| 1I | | 12/5/2018 | X | X | Screen Shot from First Cell Check Passing Cell 5 |
| 1B | | 12/5/2018 | X | X | Clip 2 - Bradley Scarpi E-Max Video 05-23-2014 (Enters: 20:19:27 Exits: 20:19:52. Total time: 25 |
| 1K | | 12/5/2018 | X | X | Screen Shot from First Cell Check Passing Cell 3 |
| 1D | | 12/5/2018 | X | X | Clip 4 - Bradley Scarpi E-Max Video 05-23-2014 (Enters: 21:17:36 Exits: 21:18:22 Total Time: 46 |
| 1C | | 12/5/2018 | X | X | Clip 3 - Bradley Scarpi E-Max Video 05-23-2014 (Enters: 20:45:54 Exits: 20:47:19 Total Time: 1 |
| 1N | | 12/5/2018 | X | X | Screen Shot from Second Cell Check Passing Cell 8 |
| WIT | | 12/5/2018 | | | Phil Stanley |
| 18 | | 12/5/2018 | X | X | Phil Stanley Curriculum Vitae |
| WIT | | 12/5/2018 | | | Dwayne White |
| 124 | | 12/5/2018 | X | X | Photo of Bradley SCARPI-004834 |
| 119 | | 12/5/2018 | X | X | Photo of Bradley SCARPI-004829 |
| 156 | | 12/5/2018 | X | X | Daniel Nail's Deposition Transcript 11-30-2018 |
| | WIT | 12/5/2018 | | | Mark Harris |
| | WIT | 12/5/2018 | | | Rodney Wilson |
| | 16 | 12/5/2018 | X | X | St. Clair County Sheriff's Dept Jail Report |
| | 12 | 12/5/2018 | X | X | Criminal History of Bradley Scarpi, SCC-2900-2911 |
| 157 | | 12/5/2018 | X | X | Screenshot from Deposition of Christopher Lanzante dated 8-14-2017 |
| | WIT | 12/6/2018 | | | Tracey Reed |
| | 24 | 12/6/2018 | X | X | Tracey Reed Curriculum Vitae |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 4 of 5 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

Dwayne White,
V.
Richard Watson, et al.,

## EXHIBIT AND WITNESS LIST

Case Number: 16-cv-560-JPG

| PRESIDING JUDGE J. Phil Gilbert, U.S. District Judge | PLAINTIFF'S ATTORNEY Bowman, Bedi, Berry and del Valle | DEFENDANT'S ATTORNEY Thomas R. Ysursa and Katherine A. |
|---|---|---|
| TRIAL DATE (S) 12/3/2018 thru 12/6/2018 | COURT REPORTER Stephanie Rennegarbe | COURTROOM DEPUTY Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 159 | | 12/6/2018 | X | X | Power Point prepared by Tracey Reed |
| 6 | | 12/3/2018 | X | X | Officer Chris Lanzante Report regarding Bradley Scarpi 05-23-2014 (SCC-000284) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of 5 Pages