# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWAYNE WHITE, as Administrator of the ESTATE OF BRADLEY C. SCARPI, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:16-CV-00560 |
| v. | ) ) | The Hon. J. Phil Gilbert |
| ST. CLAIR COUNTY SHERIFF RICHARD WATSON, *et al.*, | ) ) ) | Magistrate Judge Donald Wilkerson |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 7th day of December 2018.

    /s/   Locke E. Bowman
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
312 503 0844
Attorney for Plaintiff

Locke E. Bowman
Sheila A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 50511

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing document was served on all counsel of record in this case via the court's CM/ECF system, which automatically caused copies to be electronically delivered to all counsel who have appeared in the case.

    /s/  Locke E. Bowman