UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE WHITE, Administrator of the Estate of Bradley C. Scarpi, Deceased,<br><br>            Plaintiff,<br><br>    v.<br><br>ST CLAIR COUNTY SHERIFF RICHARD WATSON, *et al.*,<br><br>            Defendants. | Case No. 16-cv-560-JPG-DGW |

## ORDER

This matter comes before the Court on the parties' joint motion to withdraw their post-trial motions (Docs. 190, 191 & 209) and to request that the Court reject the pending Report and Recommendation from Magistrate Judge Wilkerson (Doc. 232).  It appears the parties have reached a settlement that involves the foregoing as well as the termination of the appeal of this case.  The Court believes the negotiated resolution of this case is in the interest of justice and, accordingly:

- **GRANTS** the joint motion (Doc. 232);

- **DENIES as moot** and **WITHDRAWS** the following motions:
    - the Plaintiff's Motion for Attorneys' Fees and Costs (Doc. 190);
    - the Defendants' Motion for Attorneys' Fees and Costs (Doc. 191); and
    - the Plaintiff's Motion for a New Trial as to the *Monell* Claim (Doc. 208); and

- **REJECTS** the January 15, 2019, Report and Recommendation (Doc. 209).

**IT IS SO ORDERED.**
**DATED:   March 7, 2019**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**